Helen I. Zeldes (State Bar No. 220051)
*hzeldes@sshhzlaw.com*
Joshua A. Fields (State Bar No. 242938)
*jfields@sshhzlaw.com*
Aya Dardari (State Bar No. 344039)
*adardari@sshhzlaw.com*
**SCHONBRUN SEPLOW**
**HARRIS HOFFMAN & ZELDES, LLP**
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4990

Justin Hewgill (State Bar No. 259528)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520 / Fax: 619-377-6026
contact@hcl-lawfirm.com

*Counsel for Plaintiff CHERISHA LOVEJOY and the Proposed Class.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| CHERISHA LOVEJOY, *an individual, on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC, *and* DOES 1 *to* 10,<br><br>Defendants. | Case No.: 3:23-cv-00380-AJB-MMP<br><br>CLASS ACTION<br><br>**PLAINTIFF CHERISHA LOVEJOY'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 5, 2024<br>Time: 2:00 P.M.<br>Place: Courtroom 4A<br>Judge: Hon. Anthony J. Battaglia<br><br>Complaint Filed: February 27, 2023<br>Trial Date: Not Set |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 5, 2024 at 2:00 p.m., Plaintiff Cherisha Lovejoy ("Plaintiff") will and hereby does move in accordance with Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure for an Order certifying the below class for the following claims asserted in the Class Action Complaint for Damages and Injunctive Relief, ECF No. 1 ("CAC"). This Motion is noticed before the Honorable Anthony J. Battaglia in Courtroom 4A, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101.

Plaintiff moves for class certification under Rules 23(a) and (b)(3) of the following class against Defendant Transdev Services, Inc. ("Transdev") for failure to pay all regular, minimum, and overtime wages in violation of California Labor Code §§ 200, 210, 510, 515, 558, 1194, 1194.2 (Count 1 of CAC); failure to pay split shift wages in violation of California Labor Code § 558 and IWC Wage Order 9 § 4(c) (Count 2); failure to provide meal periods in violation of California Labor Code §§ 226.7 and 512 (Count 3); failure to provide rest periods in violation of California Labor Code § 226.7 (Count 4); failure to provide accurate itemized wage statements in violation of California Labor Code § 226 (Count 5); and failure to timely pay wages due in violation of California Labor Code §§ 201 and 202 (Count 6).

> All current and former Bus Driver/Operator employees of Transdev Services, Inc. who drove routes with stops in California during the period from February 27, 2019 through the present ("Class Period").

Excluded from the Class are any of Transdev's officers, directors, legal representatives, heirs, successors, or assigns, and any entity in which Transdev has a controlling interest.

In addition, Plaintiff seeks to be appointed as class representative for the Class.

Plaintiff also moves for an order appointing Hewgill Cobb & Lockard, APC and Schonbrun Seplow Harris Hoffman & Zeldes, LLP, as class counsel, pursuant to Rule 23(g).

Plaintiff bases the motion on the following documents: this Notice of Motion; the accompanying Memorandum of Points and Authorities; the pleadings, record, and other filings in the case; the Declaration of Justin Hewgill and its accompanying exhibits; the Declaration of Helen I. Zeldes and its accompanying exhibits; the Compendium of Declarations of Putative Class Members; and the Declaration of Cherisha Lovejoy, all filed concurrently herewith; and such other oral and written points, authorities, and evidence as the parties may present at the time of the hearing on the motion.

Date: September 6, 2024

**SCHONBRUN SEPLOW
HARRIS HOFFMAN & ZELDES, LLP**

By: /s/ Helen I. Zeldes

Helen I. Zeldes (State Bar No. 220051)
*hzeldes@sshhzlaw.com*
Joshua A. Fields (State Bar No. 242938)
*jfields@sshhzlaw.com*
Aya Dardari (State Bar No. 344039)
*adardari@sshhzlaw.com*
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4990

Justin Hewgill (State Bar No. 259528)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520 / Fax: 619-377-6026
contact@hcl-lawfirm.com

*Counsel for Plaintiff CHERISHA LOVEJOY and the Proposed Class.*