1  Helen I. Zeldes (State Bar No. 220051)
   *hzeldes@sshhzlaw.com*
2  Joshua A. Fields (State Bar No. 242938)
   *jfields@sshhzlaw.com*
3  Amy Johnsgard (State Bar No. 279795)
   *ajohnsgard@sshhzlaw.com*
4  Aya Dardari (State Bar No. 344039)
   *adardari@sshhzlaw.com*
5  **SCHONBRUN SEPLOW**
   **HARRIS HOFFMAN & ZELDES, LLP**
6  501 West Broadway, Suite 800
   San Diego, California 92101
7  Telephone: (619) 400-4990

8  Justin Hewgill (State Bar No. 259528)
   **HEWGILL COBB & LOCKARD, APC**
9  1620 Fifth Avenue, Suite 325
   San Diego, Ca 92101
10 Tel: 619-432-2520 / Fax: 619-377-6026
   contact@hcl-lawfirm.com

11
12 *Counsel for Plaintiff CHERISHA LOVEJOY*
   *and the Proposed Class.*

13
14             **UNITED STATES DISTRICT COURT**

15            **SOUTHERN DISTRICT OF CALIFORNIA**

16                  **SAN DIEGO DIVISION**

17 CHERISHA LOVEJOY, *an individual, on*        Case No.: 3:23-cv-00380-AJB-MMP
   *behalf of herself and all others similarly*
18 *situated*,                                  <u>CLASS ACTION</u>

19                Plaintiff,                    **DECLARATION OF HELEN I.**
                                                **ZELDES IN SUPPORT OF**
20       v.                                     **PLAINTIFF'S MOTION FOR**
                                                **CLASS CERTIFICATION**
21 TRANSDEV SERVICES, INC, *and* DOES 1
   *to* 10,
22                                              Date:  December 5, 2024
                Defendants.                     Time: 2:00 P.M.
23                                              Place: Courtroom 4A
                                                Judge: Hon. Anthony J. Battaglia
24
25                                              Complaint Filed: February 27, 2023
                                                Trial Date: Not Set
26
27
28
                                                      Case No. 23cv380
ZELDES DECLARATION IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

## DECLARATION OF HELEN I. ZELDES

I, HELEN I. ZELDES, declare as follows:

1.    I am an individual over the age of 18 years of age and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or if I rely on business records, I will so personally state. I am one of the counsel for Plaintiff Cherisha Lovejoy and the Proposed Class in this action. I am a member in good standing of the State Bar of California and am admitted to practice in this Court. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

## QUALIFICATIONS OF COUNSEL

2.    I am a partner at Schonbrun Seplow Harris Hoffman & Zeldes, LLP ("SSHHZ"), counsel for Plaintiffs and the putative class in this matter.

3.    I have extensive experience in civil litigation, with the concentration of my practice focused on complex class action litigation in the areas of employment, consumer fraud, and product defect litigation. I have settled class actions which provided many millions of dollars in benefits to settlement classes. For example, I served as co-lead counsel on behalf of a certified class of Trump University seminar purchasers against Trump University, LLC and Donald Trump for violations of California, Florida, and New York consumer protection statutes and California and Florida elder abuse claims regarding its real estate investing seminars, which resulted in a $25 million settlement for the plaintiffs. *Makaeff v. Trump University, LLC, et al.*, Case No. 3:10-CV-00940-GPC-WVG (S.D. Cal.), as well as Co-Lead Counsel on behalf of a putative nationwide class of Trump University students alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") by Donald Trump, *Cohen v. Donald J. Trump*, Case No. 3:13-CV-02519-GPC-WVG (S.D. Cal.). I have also recently served as Co-Lead Counsel in other large employment and consumer cases. See, e.g., *Keich et al. v. U.S. Healthworks, Inc.* Case No. 37-2017-00015343-CU-OE-CTL (San Diego Super. Ct.) (employment class action); *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 3:09-CV-02109-BAS-MDD (S.D. Cal.); *In re Magsafe Apple Power Adapter Litig.*, Case No. 5:09-

1  cv-01911-JW (N.D. Cal.); *Gordon v. Apple, Inc.*, Case No. 5:06-cv-05358-JW (N.D. Cal).

2  I was also recently Co-Lead Class Counsel in a statewide privacy class action against the

3  Toll Roads in Orange County representing more than ten million class members. *In re Toll*

4  *Roads Litigation*, 8:16-cv-00262-ODW-ADS(x) (C.D. Cal.) (consumer privacy class

5  action settled for $217 million). These are just a sampling of the more recent cases I have

6  played a lead or co-lead counsel role in.

7         4.     Joshua A. Fields, a Partner at SSHHZ and another counsel of record in this

8  case, is also a highly qualified complex civil litigation attorney.  Mr. Fields' practice

9  focuses on employment, consumer fraud, and personal injury litigation. Prior to joining our

10  firm in March 2022, Mr. Fields worked for a plaintiffs' side class action law firm Los

11  Angeles, where the focus of his practice was representing consumers in class actions and

12  mass actions against large corporations for violations of state and federal law.  Mr. Fields

13  has acted as lead counsel in prosecuting all phases of class action lawsuits on behalf of

14  consumers, from initial investigation through final approval of up to 8-figure settlements.

15  For example, Mr. Fields served as class counsel in a lawsuit against a national bank alleging

16  violations of the federal Truth in Lending Act (TILA) and California's consumer protection

17  laws which resulted in a $10,000,000 class settlement. He served as co-class counsel in a

18  $6,200,000 class settlement with a national automobile insurer in a lawsuit alleging Breach

19  of Contract arising from total vehicle losses. He also served as class counsel in a lawsuit

20  against a national retailer alleging violations of California's consumer protection laws due

21  to deceptive reference pricing which resulted in a $2,900,000 class settlement.  Mr. Fields

22  has also successfully briefed and/or argued appeals before state and federal courts of appeal

23  in California, obtaining favorable opinions for consumers in the process.  For example, he

24  was the principal brief writer on *Rubio v. Capital One Bank*, 615 F.3d 1195 (9th Cir. 2010),

25  a successful appeal in a groundbreaking federal TILA lawsuit, which involved briefing

26  appellate matters all the way to the United States Supreme Court.  He also successfully

27  briefed and argued the appeal in *Rubenstein v. The Neiman Marcus Group*, 687 Fed.Appx.

28

564 (9th Cir. 2017), wherein the Ninth Circuit Court of Appeals reversed a federal district court's dismissal of California's consumer protection claims.

5.    Aya Dardari is an associate attorney at Schonbrun Seplow Harris Hoffman & Zeldes, LLP. Ms. Dardari joined the firm in July 2022. Ms. Dardari's practice is focused on representing consumers in consumer class actions and employees in wage and hour class actions. She received her Master of Laws from the University of California, Los Angeles School of Law in 2021 and her Bachelor of Laws from King's College London in 2020. Ms. Dardari plays an instrumental role in representing a putative nationwide class of purchasers of chocolate and cocoa products in a false labeling class action alleging Nestle USA, Inc. falsely states on its labels that its products are sustainably sourced and supports farmers, when it actually sources its cocoa from farms that use child and slave labor and cause environmental destruction. *See, e.g.*, *Walker v. Nestle USA, Inc.*, Case No. 3:19-cv-723-L-DEB (S.D. Cal.). Ms. Dardari also currently represents putative and certified classes in both consumer class actions and wage and hour class actions in numerous federal and state courts throughout California.

6.    Mr. Fields, Ms. Dardari and I currently represent putative and certified classes in federal and state courts throughout the state, including but not limited to the following cases: *Guzman et al. v. Allan Company, Inc. et al.* (San Diego Superior) (certified employment class action); *Walker v. Nestle USA Inc.*, 3:19-cv-723-L-BGS (S.D. Cal.) (false labeling class action); *Takahashi-Mendoza v. Cooperative Regions of Organic Producer Pools*, 4:22-cv-05086-JST (N.D. Cal.) (false labeling class action); *In re Axos Bank Litigation*, 23-cv-2266-RSH-BJC (S.D. Cal.) (false advertising class action); *Blosser v. P.K. Kinder Co., Inc.*, 24-cv-06054-YGR (N.D. Cal.) (false labeling class action).

7.  For more information about my background, as well as the extensive experience of the attorneys at my firm, please see my Firm Resume attached as **Exhibit A** to this Declaration.

8.    My firm stands ready, willing and able to devote the resources necessary to litigate this case vigorously and see it through to an optimal resolution.

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.  Executed at San Diego, California, on September 6, 2024.

3

4    Date: September 6, 2024

5    By: _____

6          Helen I. Zeldes

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A



# FIRM CLASS ACTION RESUME

**Schonbrun Seplow Harris Hoffman & Zeldes, LLP** is a California based law firm with offices in Culver City, Pasadena, Hermosa Beach and San Diego. Since its founding in 1990, SSHHZ has been dedicated to representing clients throughout California and the nation in complex consumer, employment, civil rights and human rights class action litigation, and individual police abuse and employment litigation.

**Class Action Practice**. Our firm is committed to excellence and integrity. SSHHZ has a long history of litigating cutting-edge consumer, employment, insurance, antitrust, human rights and civil rights class action cases of national importance and has successfully advocated for consumers and individuals against some of the largest corporations in the United States. Partners at the firm have successfully pursued class actions against corporations for a wide range of unlawful practices, including, but not limited to: false and deceptive advertising, product defect, privacy violations, mortgage lending fraud, banking fraud, insurance and senior annuities fraud, discriminatory underwriting, antitrust, wage/hour violations, employment discrimination based on race, religion, age, and disability, civil rights, police abuse and constitutional law matters. Whether we are vindicating the rights of defrauded consumers, representing employees who were wrongfully terminated, or individuals whose civil and constitutional rights have been violated, we are thorough, meticulous, and above all passionate about our work.

## RECENT NOTABLE CONSUMER CLASS CASES

► ***Takahashi-Mendoza v. Cooperative Regions of Organic Producer Pools***, Case No. 4:22-cv-05086-JST (N.D. Cal.). SSHHZ represents a putative California class of purchasers of organic milk in a consumer class action alleging **Cooperative Regions of Organic Producer Pools** falsely states on its dairy products that they are made from cows treated in a humane manner when the treatment actually involves premature separation of calves from their mothers and calves held in isolation.

► ***In re Toll Roads Litigation***, Case No. 8:16-cv-00262-ODW (ADSx) (C.D. Cal). SSHHZ was appointed Co-Lead Counsel representing a certified class of fifteen-million California drivers who brought claims against the Transportation Corridor Agencies, Orange County Transportation Authority and a handful of private defendants who plaintiffs alleged were improperly and unfairly operating the toll roads in Southern California, violating their privacy rights and collecting unfair fines and penalties from them. Settlements of $216.95M ($41.95M cash, $175M in penalty forgiveness) were granted final approval 2/11/22.

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

► *Quintero v. SANDAG*, Case No. 37-2019-00017834-CU-NP-CTL (San Diego Super. Ct.). SSHHZ represents a class of California drivers in a case against **SANDAG** alleging that it violates drivers' privacy rights by sharing their personal information with third parties. Settlement of $10.5M granted final approval 4/22/22.

► *Walker v. Nestle USA, Inc.*, Case No. 3:19-cv-723-L-DEB (S.D. Cal.). SSHHZ represents a putative nationwide class of purchasers of chocolate and cocoa products in a false labeling class action alleging **Nestle USA, Inc.** falsely states on its labels that its products are sustainably sourced and support farmers, when it actually sources its cocoa from farms that use child and slave labor and cause environmental destruction.

► *Myers v. Starbucks et al.*, Case No. 5:20-cv-00335-JWH-SHK (C.D. Cal.). SSHHZ represented a putative nationwide class of purchasers of cocoa products in a false labeling class action alleging **Starbucks Corporation** falsely states on its products that they are ethically sourced, when the cocoa is actually sourced from farms that use child and slave labor and cause environmental destruction.

► *Hiradate v. Ralphs Grocery Company, et al.*, Case No. 2:22-cv-03593-SSS-PD (C.D. Cal.). SSHHZ represented a putative nationwide class of purchasers of gift cards in a consumer class action alleging **Ralphs Grocery Company** and **The Kroger Company** fail to take adequate measures to prevent tampering of gift cards prior to sale at their stores, which results in consumer deception as the gift card purchasers are not able to access the monetary value they paid for the gift card after purchase.

► *Cohen v. Mylife, Inc.*, Case No. 37-2018-00060911-CU-BT-CTL (San Diego Super. Ct.). SSHHZ represents a plaintiff in an action against **Mylife, Inc.** alleging that it falsely posts information on its website stating people may have criminal records, seeking public injunctive relief on behalf of virtually all United States citizens.

► *Treppa v. American Honda*, Case No. RG19039655 (Alameda Super. Ct.). SSHHZ represents a putative class of California consumers in an automobile defect case against **American Honda Motor Co.** alleging that certain models of its Acura vehicles have defective infotainment systems.

► Ms. Zeldes has been involved in numerous recent data breach cases, including cases brought against *Scripps Memorial Hospital. Equifax, Marriott* and *Facebook.*

► *Makaeff v. Trump University, LLC, et al.*, Case No. 3:10-CV-00940-GPC-WVG (S.D. Cal.), Ms. Zeldes and her firm originated and served as Co-Lead Counsel on behalf of a certified class of Trump University seminar purchasers against the now infamous **Trump University, LLC and Donald Trump** for violations of California, Florida, and New York consumer protection statutes and California and Florida elder abuse claims regarding its real estate investing seminars, which resulted in a $25 million settlement for the plaintiffs. *Makaeff v. Trump University, LLC, et al.*, Case No. 3:10-CV-00940-GPC-WVG (S.D. Cal.),

as well as Co-Lead Counsel on behalf of a putative nationwide class of Trump University students alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") by **Donald Trump**, *Cohen v. Donald J. Trump*, Case No. 3:13-CV-02519-GPC-WVG (S.D. Cal.).

► *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 3:09-CV-02109-BAS-MDD (S.D. Cal.). Ms. Zeldes served as Co-Lead Counsel for a multi-state class action against **Sony Electronics, Inc.** alleging fundamental flaws in the design and/or manufacturing process in certain VAIO Touchpad Notebooks. A settlement was approved.

► *In Re Magsafe Apple Power Adapter Litigation*, Case No. 5:09-CV-01911-EJD (N.D. Cal). Ms. Zeldes served as Co-Lead Counsel for a nationwide consumer class action against **Apple, Inc.** representing a class of laptop owners for product defect claims that Apple's power adapter is defectively designed. A nationwide settlement was approved wherein eligible class members received relief for the defective adapters.

► *Gordon v. Apple Computer, Inc.*, Case No. 5:06-CV-05358-JW. Ms. Zeldes served as Co-Lead Counsel for a nationwide class of over two million purchasers of an alleged defective power adapter in a consumer product defect class action against **Apple, Inc**. A nationwide settlement was approved (in which Helen Zeldes was appointed Co-Lead Counsel for the settlement class), wherein eligible class members received $25-$79 each.

## RECENT NOTABLE EMPLOYMENT CLASS ACTIONS

Schonbrun Seplow Harris Hoffman & Zeldes, LLP also represents employees in class actions involving violations of wage and hour laws.  This is just a sampling of SSHHZ's employment class actions:

► *Keich et al. v. U.S. Healthworks, Inc.* Case No. 37-2017-00015343-CU-OE-CTL (San Diego Super. Ct.). SSHHZ has been appointed class counsel representing plaintiffs in a wage and hour class action against their employer for failure to pay overtime and meal and rest break premiums.  $9 M class settlement approved 10/25/23.

► *Guzman v. Allan Company*, Case No. 37-2019-00011626 (San Diego Super. Ct.) SSHHZ is co-lead counsel representing plaintiffs and a certified class in a wage and hour class action against their employer for failure to pay a living wage under the San Diego Living Wage Ordinance, and failure to pay overtime, among other claims.

► *Sabato et al. v. AMG Demolition & Environmental Service*, Case No. 37-2018-00002502-CU-OE-CTL (San Diego Super. Ct.). SSHHZ represented plaintiffs in a wage and hour class action against their employer for failure to pay for all time worked, overtime, and meal and rest break premiums.  Settled.

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

► ***Aspeytia et al. v. M.A. Mortenson Company***, Case No. 37-2019-00013863-CU-OE-CTL (San Diego Super. Ct.).  SSHHZ represented plaintiffs in a wage and hour class action against their former employer for failure to provide sick leave.  Settled.

► ***Boyd v Bank of America***:  class action on behalf of real estate appraisers who were mis-classified as non-exempt and were not paid overtime due to them. After certification and prevailing on summary judgment, two settlements were reached, totaling almost $42 million.  Case No. SA CV 13-0561-DOC (JPRx)(CD Cal).

► ***CVS Cases:*** class action on behalf of CVS pharmacists related to allegations that pharmacists worked more than six consecutive days without overtime. Settled for $12,750,000. *Connell v. CVS Pharmacy, Inc.*, L.A.S.C. Case No. BC523172; *Paksy v. CVS Pharmacy, Inc.*, L.A.S.C. Case No. BC523491; and *Bystrom v. CVS Pharmacy, Inc.*, L.A.S.C. Case No. BC525991.

► ***Valerie Alberts v Aurora Behavioral Health Care***: certified wage hour class action on behalf of nurses, mental health workers, and psychiatric specialists.  Los Angeles County Superior Court, Case NO. BC419340. Preliminary approval of $6.25M class settlement granted 5/15/24.

► ***Waters v AT&T Services, Inc.***: Served as lead co-counsel in class action wage and hour case alleging that IT workers were mis-classified.  Case settled for $17,000,000, with class members each receiving an average of approximately $20,000 in proceeds.

## ATTORNEY PROFILES

### MICHAEL D. SEPLOW, PARTNER

Mike Seplow is a founding member of the firm.  Mr. Seplow's areas of practice are Employment Law, Wage and Hour, Civil Rights, Police Misconduct, Wrongful Convictions, Personal Injury, International Human Rights and Class Actions.

Mr. Seplow is licensed to practice law in the state of California, and is admitted to the U.S. District Court Central District of California, U.S. District Court Northern District of California, U.S. District Court Eastern District of California, U.S. District Court Southern District of California and U.S. Court of Appeals 9th Circuit.

Mr. Seplow is a member of the Los Angeles County Bar Association, Consumer Attorneys Association of Los Angeles and California Employment Lawyers Association

**Education:**  A.B., Duke University, magna cum laude, 1985; J.D. University of California at Los Angeles School of Law, 1990.

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

**Publications:** *Punishing Pundits: People v. Dyleski and the Gag Order as Prior Restraint in High-Profile Cases* LOYOLA OF LOS ANGELES LAW REVIEW 2007[Vol. 39:1195] (co-authored with Paul Hoffman)

### WILLIAM J. HARRIS, PARTNER

Mr. Harris is a founding member of the firm. Mr. Harris' practice focuses on the representation of employees in both class action and individual disputes with employers, and individuals in civil rights cases. In November 1999, Mr. Harris opened the South Pasadena office of the firm where he remains the resident partner. Prior to joining the firm, Mr. Harris worked as Law Clerk to the Honorable David W. Williams, United States District Court for the Central District of California. In January 1994, Mr. Harris joined the Law Offices of Johnnie L. Cochran, Jr. where he began representing clients in civil rights cases, including Reginald Denny.

Mr. Harris has been appointed class counsel in several class actions many of which have resulted in very substantial settlements: *Boyd v. Bank of America*, No. CV13-00561 DOC (JPRx) (C.D. Cal.) ($41.8 million), *Petzold v. Metrocities Mortgage LLC et al*, BC 365594 (Los Angeles Sup. Ct.) ($2.35 million); *Manukyan v. Regis Corporation*, No. CV09-04807 MMM (FFMx) (C.D. Cal.), related to *Bonilla v. Regis Corp*., 30-2009-00329724 (Orange Cty. Sup. Ct.) ($4.1 million).

In addition to litigating, Mr. Harris is a frequent speaker on employment law at seminars for the Los Angeles County Bar Association ("LACBA"), the State Bar Labor & Employment Section, the American Bar Association, and the California Employment Lawyers Association ("CELA"). In February 2003, Mr. Harris was one of the speakers at the LACBA Nuts and Bolts Seminars

In 2005, Mr. Harris was selected to sit on the California State Bar Labor & Employment Executive Committee. After joining the Labor & Employment Executive Committee, he regularly spoke at their Annual Conferences. Mr. Harris served as Chair of the California State Bar Labor and Employment Section from 2010 to 2011. In his capacity as Chair, Mr. Harris co-chaired the Section's inaugural Wage and Hour Conference in August 2011.

Mr. Harris is an active member of various professional organizations, including the California Employment Lawyers Association (CELA). Mr. Harris served on the Board of Directors of the California Employment Lawyers Association from 2007-2014. Mr. Harris is also a member of the National Employment Lawyers Association (NELA), the Consumer Attorneys Association of Los Angeles (CAALA), the Los Angeles County Bar Association and its Labor & Employment Section and the John M. Langston Bar Association. He has been selected as a "Southern California Super Lawyer" by Los Angeles Magazine for several years.

Mr. Harris is licensed to practice law in the state of California.

**Education:** A.B., Stanford University, 1986; J.D., University of Los Angeles School of Law, 1990.

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

**Honors/Awards/Publications:** "Southern California Super Lawyer", Los Angeles Magazine for Several Years. Mr. Harris was also nominated by the Consumer Attorney Association of Los Angeles as Trial Lawyer of the Year for 2017 as a result.

### PAUL L. HOFFMAN, PARTNER

Mr. Hoffman has been a partner at the firm since 1999.  Mr. Hoffman's areas of practice are Civil Rights and Human Rights Litigation, Class Actions, Constitutional, Copyright, Discrimination, First Amendment, General Business Litigation, Privacy Litigation, and Trademark Litigation.

Mr. Hoffman's practice has focused in the areas of constitutional and civil rights litigation, including First Amendment rights, criminal law and procedure, race, sex and disability discrimination, voting rights, police misconduct, freedom of information and privacy cases and general business litigation. Mr. Hoffman also specializes in civil and criminal appeals having argued more times than we can count before the United States Supreme Court, the Ninth Circuit, the California Supreme Court and many other courts of appeal.

In recent years, Mr. Hofffman has been approved as class counsel in several significant First Amendment cases. These include Multi-Ethnic Immigrant Worker Organizing Network ("MIWON") v. City of Los Angeles, 246 F.R.D. 621 (C.D. Cal. 2007)(May Day 2007 incident); Aichele v. City of Los Angeles, 314 F.R.D. 478 (C.D. Cal. 2013) (incident involving Occupy LA protests May 2011); and Chua v. City of Los Angeles, Case No. 2:16-cv-00237-JAK-GJS (C.D. Cal.)(Ferguson protests 2015).

Mr. Hoffman also teaches human rights, civil rights, constitutional law and human rights clinics at UC Irvine, UC Berkeley, Harvard, Oxford University/George Washington School of Law Human Rights School, Stanford Law School, UCLA School of Law, USC Law School Loyola Law School, Southwestern University School of Law, and was a Visiting Fellow and Tutor, Kellogg College, Oxford University.  In all, Mr. Hoffman has taught more than 50 separate courses, including First Amendment, Civil Rights Litigation, Constitutional Law Seminars on Equality and Privacy, International Human Rights, International Criminal Justice, Police Abuse Litigation, Defamation and AIDS and the Law.

Mr. Hoffman is licensed to practice law in the state of California.

**Education:**   B.A., The City College of the City University of New York, 1972; M.S., The London School of Economics and Political Science, 1973, Major: Economics; J.D., New York University School of Law, 1976.

**Selected Publications:**

<u>**Books**</u>

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Steinhardt, Hoffman and Camponovo, Human Rights Lawyering: Cases and Materials (West Publishing) (2009)

Stephens, Ratner, Chomsky, Green and Hoffman, International Human Rights Litigation in U.S. Courts (2d ed Martinus Nijhoff 2007).

Coliver, Hoffman, Fitzpatrick & Bowen, (Editors), "Security and Liberty: National Security, Freedom of Expression and Access to Information," (Martinus Nijhoff 1999) ("Secrecy and Liberty")

## **Articles**

Qualified Immunity: The Shrinking of Constitutional Rights, Consumer Attorneys of California, Forum p. 26 (March, April 2018)

Kiobel v. Royal Dutch Petroleum Co.: First Impressions, 52 Col. J. Trans. L. 28 (2013)

The Alien Tort Statute: An Introduction for Civil Rights Lawyers, 2 L.A. Pub. Int. L. J. 129 (2010) (with Adrienne Quarry)

Celebrity Prosecutions: Punishing Pundits: *People v Dyleski* and the Gag Order As Prior Restraint in High-Profile Cases, 39 Loy. L.A. L. Rev 1197 (2006) (with Michael Seplow)

Wartime Security and Constitutional Liberty: Justice Jackson, Nuremberg and Human Rights Litigation, 68 Alb. L. Rev. 1145 (2005)

Holding Human Rights Violators Accountable By Using International Law in U.S. Courts: Advocacy Efforts and Complementary Strategies, 19 Emory L. Rev. 169 (2005)(with Sandra Coliver and Jennifer Green)

The Rules of the Road: Federal Common Law and Aiding and Abetting Under the Alien Tort Claims Act, 26 Loy. L.A. Int'l & Comp L. Rev. 47 (2003)(with Daniel Zaheer)

Pursuing Crimes against Humanity in the United States: The Need for a Comprehensive Liability Regime, in Justice for Crimes Against Humanity, Eds M. Lattimer and P. Sands(Hart Publishing 2003)(with William Aceves)

Using Immigration Law to Protect Human Rights: A Critique of Recent Legislative Proposals, 23 Mich. J. Int'l L. 733 (2002)(with William Aceves)

*International Human Rights Law and Police Reform, in Zero Tolerance: Quality of Life and the New Police Brutality in New York City* (NYU Press 2001*)* Eds. A. McArdle and T. Erzen

Using Immigration Law to Protect Human Rights: A Legislative Proposal,20 Mich. J. of Int'l L. 657 (1999)(with William Aceves)

Safeguarding Liberty: National Security, Freedom of Expression and Access to Information: United States of America, (with Kate Martin) in <u>Secrecy and Liberty.</u>

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

The Gag Order in the O.J. Simpson Civil Action:  Lessons to be Learned?,17 Loyola Ent. L.J. 333 (1997)

The 'Blank Stare Phenomenon':  Proving Customary International Law in U.S. Courts, 25 Ga. J. Int'l and Comp. Law 181 (1996)

Enforcing International Human Rights Law in the United States, in Human Rights: An Agenda for the Next Century, American Society of International Law (1994) (with Nadine Strossen)

Double Jeopardy Wars: The Case for a Civil Rights 'Exception,' 41 UCLA L. Rev. 649 (1994)

The Feds, Lies and Videotape: The Need for an Effective Federal Role in Controlling Police Abuse in Urban America, 66 So. Cal. L. Rev. 1453 (1993)

The Elimination of Torture:  International and Domestic Developments, 9 International Lawyer 1351 (Fall 1985) (with Linda Brackins)

Public Interest Lawyers:  Three Success Stories, Los Angeles Lawyer (December 1984) (subject of the article)

Book Review, Hannum, "Guide to International Human Rights Practice," and Meron, "Human Rights in International Law:  Legal and Policy Issues," 18 International Lawyer 741 (Summer 1984)

The Police Spying Settlement:  New Safeguards for Political Expression, Los Angeles Lawyer (May 1984) (with Robert Newman)

The Application of International Human Rights Law in State Courts:  A View from California, 18 The International Lawyer 59 (Winter 1984) (Symposium)

*Trade Union Rights Under Article 11 of the European Convention of Human Rights, 5 Comparative Labor Law 149 (1982)*

Assignment to Trial Department; Motions; Procedure in Chambers, in California Civil Procedure During Trial (C.E.B. 1982) (with Dale L. Gronemeier)

Environmental Law/The Clean Air Act Amendments, 1974/75 Annual Survey of American

Law 641

The Right of Self-Determination in Very Small Places, 8 N.Y.U. Journal of International Law and Politics 331 (1976) (with Professor Thomas M. Franck)

Author of dozens of articles for a variety of publications, including the newsletters and magazines of various organizations, on civil liberties, civil rights and international human rights issues.  See, e.g., *"The United Nations and the Death Penalty," in The Universal Declaration of Human Rights 1948-1988:  Human Rights, The United Nations and Amnesty International*, at 89-99 (Published by AIUSA in Fall 1988)(with Zazi Pope); "The Use of  International Law in ACLU

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Cases" (paper presented at ACLU Biennial Conference, Madison, Wisconsin, June 1989, updated in 1991 for the ACLU Biennial Conference in Burlington, Vermont).

Numerous op-ed pieces on civil liberties and international human rights topics in the Los Angeles Times, the Daily News, the Los Angeles Daily Journal, Newsday and the Herald Examiner.

Frequent speaker on civil and international human rights issues at dozens of CLE programs, law school talks, symposia, Bar Association meetings, and other public events. *See, e.g.*, XII N.Y.L. Sch. J. Hum.Rts. 599 (1995)(re human rights trials in Ethiopia).

## Honors and Awards

- Alexander Prize ("for using your legal expertise to help alleviate injustice and inequity"), University of Santa Clara Law School, 2017
- Cox Price Human Rights Award, University of Denver Law School, 2009
- Judith Lee Stronach Human Rights Award, Center for Justice and Accountability, 2007
- Co-Civil Rights Attorney of the Year, California State Bar, 2006
- Selected Super Lawyer from 2004 - 2019
- Selected Super Lawyer from 2004 - 2019
- Firm ranking highest tier nationally for Appellate Practice by U.S. News & Reports, available at https://bit.ly/2v6Nx9B
- Los Angeles Business Journal Top Trial Lawyer, 1999
- 100 Most Influential Lawyers of California, 1998
- Clarence Darrow Award for outstanding First Amendment advocacy for work on the policy spying cases, 1984
- Staff Member, Annual Survey of American Law, 1974 - 1975
- Research Associate, International Law Program, Carnegie Endowment for International Peace, 1975 - 1976
- Law Clerk, Manhattan Legal Services (N.Y.U. Public Interest Clinic), 1974 - 1975
- RFK Fellow, Office of Congressman Jonathan Bingham, Washington, D.C., 1974
- In 1984, Mr. Hoffman received the Clarence Darrow Award for outstanding First Amendment advocacy for my work in the police spying cases.
- In October 1998, Mr. Hoffman was named one of the 100 most influential attorneys in California by the Daily Journal and in February 1999 one of the top trial lawyers in Los Angeles County by the Los Angeles Business Journal.

## Professional Associations and Memberships

- California Academy of Appellate Lawyers, Member, Elected May 2000
- International Human Rights Committee, ABA Section on International Law and Practice, Co-Chair, 1999-2000
- Los Angeles Copyright Society, Member, 1997 - Present
- Ninth Circuit Judicial Conference, Lawyer Representative, 1989 - 1992
- The State Bar of California, Member, Committee on Private Bar Involvement in Pro Bono Work, 1988 - 1991

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

- ABA Section on Individual Rights and Responsibilities, Program Coordinator, International Human Rights Committee, 1984 - 1988
- The State Bar of California, Committee on Human Rights, 1983 - 1986
- Los Angeles County Bar Association, Individual Rights and Responsibilities Law Section, Executive Committee, 1985 - 1987
- Los Angeles County Bar Association, International Law Section, Executive Committee, 1982 - 1986
- Los Angeles County Bar Association, Arbitrator (Legal Fee Disputes), 1980 - 1983
- American Arbitration Association, Arbitrator, Commercial Panel, 1981 - 1985
- Los Angeles County Bar Association, Vice-Chair, Arbitration Committee, 1982 - 1983
- Los Angeles Municipal Court, Judge Pro Tem, 1983 - 1984
- Amnesty International, Member
- Amnesty International - USA, Chair of the Board
- International League for Human Rights, Member of Board
- Center For Human Rights and Constitutional Law, Member of Board
- International Human Rights Law Group, Member, Domestic Advisory Committee

## HELEN I. ZELDES, PARTNER

Ms. Zeldes' practice focuses on complex class action litigation. Ms. Zeldes has extensive experience litigating consumer class actions with an emphasis on consumer fraud and misrepresentation, privacy, actions brought by policyholders against life, auto and other insurers for deceptive sales practices, mortgage lending and banking fraud, product defect claims, wage/hour violations, discrimination, and human rights, civil rights, and antitrust violations.

Ms. Zeldes currently serves or served as Lead or Co-Lead Counsel in numerous consumer and employment class actions in federal and state courts throughout the state, including but not limited to the following cases: ***Takahashi-Mendoza v. Cooperative Regions of Organic Producer Pools***, Case No. 4:22-cv-05086-JST (N.D. Cal.)(deceptive labeling/humane treatment class action); ***Guzman et al. v. Allan Company, Inc. et al.*** (San Diego Superior) (employment class action)*; **Keich et al. v. US Healthworks et al.***, 37-2017-00015343-CU-OE-CTL (San Diego Superior)(employment class action)(settled); ***Aspeytia et al. v. M.A. Mortenson Company***, 37-2019-00013863-CU-OE-CTL (San Diego Superior) (employment class action)**(settled); *In re Axos Bank Litigation***, 23-cv-2266-RSH-BJC (S.D. Cal.) (false advertising banking class action); ***Blosser v. P.K. Kinder Co., Inc.***, 24-cv-06054-YGR (N.D. Cal.) (false labeling class action); ); ***Walker v. Nestle USA Inc.***, 3:19-cv-723-L-DEB (S.D. Cal.)(false labeling class action); ***Quintero v.*** SANDAG, 37-2019-00017834-CU-NP-CTL (San Diego Superior) (privacy class action)(settled); ***Cohen v. Mylife, Inc.***, 37-2018-00060911-CU-BT-CTL (San Diego Superior) (privacy class action); ***Myers v. Starbucks et al.***, 5:20-cv-00335-JWH-SHK (C.D. Cal.)(false labeling class action)(resolved); ***Hiradate v. Ralphs Grocery Company, et al.***, Case No. 2:22-cv-03593-SSS-PD (C.D. Cal.). (gift card fraud putative class action)(settled); ***Treppa v. American Honda***, RG19039655 (Alameda Superior) (auto defect class action).These are just a sampling of the more recent cases she has played a lead role in.

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Ms. Zeldes recently settled **In re Toll Roads Litigation**, representing a certified class of fifteen-million California drivers who brought claims against the Transportation Corridor Agencies, Orange County Transportation Authority and a handful of private defendants who plaintiffs alleged were improperly and unfairly operating the toll roads in Southern California, violating their privacy rights and collecting unfair fines and penalties from them. *In re Toll Roads Litigation*, Case No. 8:16-cv-00262-ODW (ADSx) (C.D. Cal)(settled for $217M).

Ms. Zeldes and her firm originated and served as Co-Lead Counsel on behalf of the notable certified class of **Trump University** seminar purchasers against Trump University, LLC and Donald Trump for violations of California, Florida, and New York consumer protection statutes and California and Florida elder abuse claims regarding its real estate investing seminars, which resulted in a $25 million settlement for the plaintiffs. *Makaeff v. Trump University, LLC, et al.*, Case No. 3:10-CV-00940-GPC-WVG (S.D. Cal.), as well as Co-Lead Counsel on behalf of a putative nationwide class of Trump University students alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") by Donald Trump, *Cohen v. Donald J. Trump*, Case No. 3:13-CV-02519-GPC-WVG (S.D. Cal.).

Ms. Zeldes also represented a putative class of consumers in a product defect and consumer class action against **Sony Electronics, Inc.** alleging that fundamental flaws in the design and/or manufacturing process in the VAIO Touchpad Notebooks rendered it almost impossible to use because the touchpad is prone to cause the onscreen cursor to track in reverse, freeze; and/or engage in erratic behavior. *In Re Sony VAIO Computer Notebook Trackpad Litigation*, Case No. 3:09-CV-02109-BAS-MDD (S.D. Cal.). A multi-million dollar settlement was approved.

Ms. Zeldes served as Co-Lead Counsel in a nationwide putative class action against **Apple, Inc.** representing a class of approximately ten million consumers alleging product defect and consumer claims that Apple's power adapter is defectively designed. *In Re Magsafe Apple Power Adapter Litigation*, Case No. 5:09-CV-01911-EJD (N.D. Cal). Ms. Zeldes also litigated a similar nationwide consumer product defect class action against **Apple, Inc**. on behalf of a class of over two million purchasers of a prior version of an alleged defective power adapter. *Gordon v. Apple Computer, Inc.,* Case No. 5:06-CV-05358-JW (N.D. Cal). A multi-million dollar settlement was approved.

Ms. Zeldes worked for many years at the nation's largest plaintiff's class action firm, **Robbins Geller Rudman & Dowd** (formerly "**Lerach Coughlin**" and "**Milberg Weiss**") in its consumer and insurance fraud class action practice group. There, Ms. Zeldes was instrumental in litigating a series of nationwide senior annuities fraud class actions in which her former firm was appointed Co-Lead Counsel.[1] Other nationwide class actions Ms. Zeldes litigated at her former

---

[1] *Buhs v. American International Group, et al.*, No. CGC 04-435919 (S.F. Super. Ct. Oct. 24, 2004); *Bacon v. American International Group, et al.*, No. 3:2005-CV-04979 MMC (N.D. Cal. Dec. 2, 2005) (originally filed July 15, 2005 in San Francisco Super. Ct., No. CGC 05-443149); *Kaiser v. Midland National Life Insurance Co.*, No. 3:2005-00972-HLA-TEM (M.D. Fla. Sept. 20, 2005); *Healey v. Allianz Life Insurance Co. of North America*, No. 2:2005-CV-08908 (C.D. Cal. Dec. 22, 2005); *Anagnostis, et al. v. American Equity Investment Life Insurance Co., et al.*, No. 2:006-CV-00388 MMM

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

firm include: a wage/hour overtime action against Cintas, one of the nation's largest commercial laundries for violations of the Fair Labor Standards Act for misclassifying truck drivers as salesmen to avoid payment of overtime wages; race discrimination underwriting class actions against large insurance companies for their practice of intentionally charging African-Americans and other minorities more for life insurance than similarly situated Caucasians (cases that collectively recovered over $400 million for African-Americans and other minority class members as redress for the civil rights abuses they were subjected to); race discrimination underwriting class actions against insurance companies based upon the improper use of credit scoring or geographical redlining to charge minorities higher premiums against insurance giants like Allstate and State Farm; a statewide consumer class action over the propriety of a private contractor operating "red light camera" systems throughout California, *Red Light Photo Enforcement Cases*, JCCP No. 4305 (San Diego Super. Ct.), a case which Ms. Zeldes co-chaired at trial; a multi-state antitrust action entitled *In re Medical Waste Services Antitrust Litigation*, MDL No. 1546 (D. Utah), in which plaintiffs brought claims for defendants' alleged conspiracy to allocate customers and territories in the market for the collection, transportation and disposal of medical waste, as well as for unlawful monopolization. Ms. Zeldes was also involved in *Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives & Composites, Inc. (Carbon Fiber Antitrust Litigation)*, Case No. CV-99-7796 (C.D. Cal.), in which a class of purchasers alleged that the major producers of carbon fiber fixed the price of carbon fiber from 1993 to 1999. The case ultimately settled for $675 million.

Ms. Zeldes was named a San Diego Super Lawyer in 2017-2020, and 2022-24 and was nominated for the 2016 National Association of Women Business Owners' Woman Business Owner of The Year award and was a 2016 finalist in the San Diego Business Journal's Women Who Mean Business Awards.

Ms. Zeldes is licensed to practice law in the states of California and Hawaii and is admitted to practice before all the federal district courts in both states.

**Education:** B.A., University of California at Davis, 1988; J.D., University of Hawaii, William S. Richardson School of Law, Honolulu, Hawaii, 2000 (*cum laude*).

**Honors/Awards:** University of Hawaii Law Review, Outside Articles Editor, Editorial Board Recipient, Edward H. Nakamura Memorial Public Interest/Service Scholarship; CALI Award for Highest Grade in Domestic Ocean & Coastal Law.

### JOHN C. WASHINGTON, PARTNER

Mr. Washington is a partner at Schonbrun Seplow Harris Hoffman & Zeldes, LLP. Mr. Washington' practice is focused on International Human Rights and Civil Rights, including Class Action suits raising Consumer, Civil Rights and 42 U.S.C. § 1983 Claims.  Mr. Washington joined the firm in August 2016.

---

(C.D. Cal. Jan. 20, 2006); *Edwards v. Amerus Group Co., et al.*, No. 8:2005-CV-01590 (M.D. Fla.); and *Petry, et al. v. National Western Life, et al.*, No. 3:2005-CV-2336 GPC-WVG (S.D. Cal.).

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Mr. Washington has worked on civil rights lawsuits which include those raising claims of unconstitutional conditions of confinement and violations of Title II of the ADA and the Rehabilitation Act, as well as other constitutional violations.

Mr. Washington will co-teach a clinic at the University of California this fall and has co-taught lessons in civil rights litigation clinics there previously. Mr. Washington has provided training to counsel for counties throughout California concerning implementation of Title II of the ADA and Rehabilitation Act as part of the three-person panel.

Mr. Washington received his Juris Doctorate from New York University School of Law in 2016. During law school he interned at the Center for Constitutional Rights, assisting with cases involving international human rights violations and the right to free expression in the United States; with Human Rights Watch developing a preliminary report on the right to Primary School Education in East Africa; with the United Nations High Commissioner for Refugees' Regional West Africa Bureau, assisting countries in the region to develop approaches to migrant flows; and with Professor Philip Alston and the United Nations Commission of Inquiry on the Central African Republic.

Mr. Washington also worked as a research assistant concerning money-lending in India and its application to a U.S. court case involving trafficked laborers, and as an intern with International Rights Advocates on Alien Tort Statute cases involving corporate human rights abuses. Mr. Washington was also a Salzburg Cutler Fellow, for which he wrote a paper on the application of neutrality in the law of war to international refugee law; was a member of N.Y.U.'s team for the Jean-Pictet international law of war moot court competition; and was a Senior Executive Editor of the NYU Journal of International Law and Politics.

Prior to law school, Mr. Washington interned at the ACLU of Southern California; was a Peace Corps volunteer in Mali; and interned with the International Federation for Human Rights in France, assisting human rights defenders facing crackdowns by their governments. Mr. Washington received his B.A. in 2009 from the University of Florida, where he majored in English literature.

Mr. Washington is licensed to practice law in the state of California, and admitted to practice before U.S. Central District of California, the U.S. Southern District of California, and Ninth Circuit Court of Appeals.

**Education:** B.A., *summa cum laude*, University of Florida, Major: English Literature, 2009; J.D., New York University School of Law, 2016.

**Honors/Awards:** New York University School of Law: Salzburg Lloyd N. Cutler International Law Fellow; N.Y.U.'s team for the Jean-Pictet international law of war moot court competition; Law Journal: NYU Journal of International Law and Politics, Executive Editor. University of Florida: Phi Beta Kappa; Florida Academic Scholar, Art History Paper of the Year.

13

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

## JOSHUA A. FIELDS, PARTNER

Mr. Fields is a partner at Schonbrun Seplow Harris Hoffman & Zeldes, LLP.  Mr. Fields' practice is focused on representing consumers in all type of Consumer Class Actions and arbitration proceedings, employees in Class Actions for violations of Wage and Hour laws and plaintiffs in personal injury litigation. Mr. Fields joined the firm in March 2022.

Mr. Fields represents a putative nationwide class of purchasers of chocolate and cocoa products in a false labeling class action alleging **Nestlé USA, Inc.** falsely states on its labels that its products are sustainably sourced and supports farmers, when it actually sources its cocoa from farms that use child and slave labor and cause environmental destruction. *Walker v. Nestle USA, Inc.*, Case No. 3:19-cv-723-L-DEB (S.D. Cal.).

Mr. Fields also currently represents or represented putative and certified classes in federal and state courts throughout the state, including but not limited to the following cases: ***Walker v. Nestle USA Inc.***, 3:19-cv-723-L-DEB  (S.D. Cal.)(false labeling class action); ***Guzman et al. v. Allan Company, Inc. et al.*** (San Diego Superior) (employment class action); ***Takahashi-Mendoza v. Cooperative Regions of Organic Producer Pools***, Case No. 4:22-cv-05086-JST (N.D. Cal.) (false labeling class action); ***Hiradate v. Ralphs Grocery Company, et al.***, Case No. 2:22-cv-03593-SSS-PD (C.D. Cal.) (deceptive practices class action); ***Quintero v. SANDAG***, 37-2019-00017834-CU-NP-CTL (San Diego Superior) (privacy class action); ***Keich et al. v. US Healthworks et al.***, 37-2017-00015343-CU-OE-CTL (San Diego Superior)(employment class action); ***In re Axos Bank Litigation***, 23-cv-2266-RSH-BJC (S.D. Cal.) (false advertising class action); ***Blosser v. P.K. Kinder Co., Inc.***, 24-cv-06054-YGR (N.D. Cal.) (false labeling class action).

Prior to joining Schonbrun Seplow Harris Hoffman & Zeldes, LLP, Mr. Fields worked for a plaintiffs' side litigation law firm where the focus of his practice was representing consumers in class actions and mass actions against large corporations for violations of state and federal law. Over the course of his 15-plus year career, Mr. Fields has prosecuted lawsuits in a wide variety of practice areas, such as consumer protection, fraud, truth in lending, insurance bad faith, invasion of privacy, free speech, employment harassment and discrimination, and catastrophic personal injury.

Mr. Fields has acted as lead counsel in prosecuting all phases of class action lawsuits on behalf of consumers, from initial investigation through final approval of multi-million dollar settlements.  For example, Mr. Fields served as class counsel in a lawsuit against a national bank alleging violations of the federal Truth in Lending Act (TILA) and California's consumer protection laws which resulted in a $10,000,000 class settlement.  He served as co-class counsel in a $6,200,000 class settlement with a national automobile insurer in a lawsuit alleging Breach of Contract arising from total vehicle losses. He also served as class counsel in a lawsuit against a national retailer alleging violations of California's consumer protection laws due to deceptive reference pricing which resulted in a $2,900,000 class settlement.

14

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Mr. Fields has also successfully briefed and/or argued appeals before state and federal courts of appeal in California, obtaining favorable opinions for consumers in the process. For example, he was the principal brief writer on *Rubio v. Capital One Bank*, 615 F.3d 1195 (9th Cir. 2010), a successful appeal in a groundbreaking federal TILA lawsuit, which involved briefing appellate matters all the way to the United States Supreme Court. He also successfully briefed and argued the appeal in *Rubenstein v. The Neiman Marcus Group*, 687 Fed.Appx. 564 (9th Cir. 2017), wherein the Ninth Circuit Court of Appeals reversed a federal district court's dismissal of California's consumer protection claims.

Mr. Fields is licensed to practice law in the state of California, and is admitted to the U.S. District Court Central District of California, U.S. District Court Northern District of California, U.S. District Court Eastern District of California, U.S. District Court Southern District of California, U.S. Court of Appeals 1st Circuit, U.S. Court of Appeals 2nd Circuit, U.S. Court of Appeals 9th Circuit, U.S. Court of Appeals 10th Circuit, and the U.S. Supreme Court.

**Education:** B.A. (cum laude), in History, Harvard University, 1995; J.D., Tulane University Law School, Environmental Law Certificate, 2005; Tulane Civil Litigation Clinic.

**Honors/Awards:** Mr. Fields was named a Southern California Super Lawyer in 2017 through 2022 and a Southern California Superlawyers – Rising Star in 2009 and 2014 through 2016. He was also a recipient of the Wiley M. Manuel Award for Pro Bono Legal Services from the State of California Bar Association in 2004.

**Publications:** Recent Development: Engine Manufacturer's Association v. South Coast Air Quality Management District, *18 Tul. Envtl. L.J. 258 (2004)*

## AMY C. JOHNSGARD, PARTNER

Ms. Johnsgard is a partner at Schonbrun Seplow Harris Hoffman & Zeldes, LLP. Her practice focuses on consumer rights, environmental, employment, and personal injury matters. Over her 13+ year career she has prosecuted litigation to numerous trials. She was one of the team of attorneys who filed the broadly publicized class action against Facebook, Inc. (now Meta) and other defendants for the data scandal arising from Cambridge Analytica's harvesting of users' personal data in 2015 which is used to influence the outcome of the 2016 election. ***In re: Facebook, Inc. Consumer Privacy User Profile Litigation***, Case No. 18-md-02843-VC (N.D. Cal.) She similarly spearheaded litigation against Nestlé USA, Inc. for sustainability misrepresentations on their labels for chocolate which is in fact sourced from child slave labor and which creates environmental devastation in the Ivory Coast. ***Walker v. Nestle USA, Inc.***, Case No. 3:19-cv-723-L-DEB (S.D. Cal.).

Ms. Johnsgard also currently represents putative and certified classes in federal and state courts in matters including ***Guzman et al. v. Allan Company, Inc. et al.*** (San Diego Superior) (employment class action); ***Kohler v. Whaleco, Inc*** . (S.D. Cal.) (consumer class action); and ***Yayla v. Refinitiv US, LLC, et al*** . (C.D. Cal.) (human rights class action).

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

Prior to joining Schonbrun Seplow Harris Hoffman & Zeldes, LLP, Ms. Johnsgard was a partner at Coast Law Group, LLP. where she had a diverse litigation practice representing clients in a wide variety of matters from personal injuries, insurance bad faith, employment, environmental, breach of contract, real property, torts such as defamation and harassment, and post-judgment enforcement. Most recently, she was lead trial counsel in a Clean Water Act litigation brought against a fireworks discharger in Alamitos Bay, *Coastal Environmental Rights Foundation v. Naples Restaurant Group, LLP*, Case No. 2:21-cv-09172 (C.D. Cal.)

**Education:** B.A. in Studio Art, Pomona College, 1999; J.D., University of San Diego School of Law (*Magna Cum Laude*, Order of the Coif, Editor of the Journal of Climate and Energy Law).

**Honors/Awards:** Ms. Johnsgard was the recipient of the State Bar of California's Wiley M. Manuel Award for Pro Bono Legal Services in 2003.

**Publications:** Agents of Change: How Collaboration among Insurers and the Public Sector Can Manage Risk and Foster Climate-Neutral Behavior, *Harvard Law and Policy Review*, Winter 2012.

### AYA DARDARI, ASSOCIATE

Ms. Dardari is an associate attorney at Schonbrun Seplow Harris Hoffman & Zeldes, LLP. Ms. Dardari joined the firm in July 2022. Ms. Dardari's practice is focused on representing consumers in consumer class actions and employees in wage and hour class actions. She received her Master of Laws from the University of California, Los Angeles School of Law in 2021 and her Bachelor of Laws from King's College London in 2020.

Ms. Dardari plays an instrumental role in representing a putative nationwide class of purchasers of chocolate and cocoa products in a false labeling class action alleging **Nestle USA, Inc.** falsely states on its labels that its products are sustainably sourced and supports farmers, when it actually sources its cocoa from farms that use child and slave labor and cause environmental destruction. *Walker v. Nestle USA, Inc.*, Case No. 3:19-cv-723-L-DEB (S.D. Cal.). Ms. Dardari also currently represents putative and certified classes in federal and state courts throughout the state, including but not limited to the following cases: ***Walker v. Nestle USA Inc.***, 3:19-cv-723-L-DEB (S.D. Cal.)(false labeling class action); ***Takahashi-Mendoza v. Cooperative Regions of Organic Producer Pools***, Case No. 4:22-cv-05086-JST (N.D. Cal.) (false labeling class action); ***Keich et al. v. US Healthworks et al.***, 37-2017-00015343-CU-OE-CTL (San Diego Superior)(employment class action); ***Guzman et al. v. Allan Company, Inc. et al.*** (San Diego Superior) (employment class action); ***In re Axos Bank Litigation***, 23-cv-2266-RSH-BJC (S.D. Cal.) (false advertising class action); ***Blosser v. P.K. Kinder Co., Inc.***, 24-cv-06054-YGR (N.D. Cal.) (false labeling class action).

Prior to joining the firm, Ms. Dardari was a Human Rights Investigation Fellow at the Promise Institute for Human Rights. Her work involved analyzing the relationship between international

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

human rights law and content moderation by tech companies and applying open-source intelligence methodology to social media posts.

During law school, Ms. Dardari was a legal researcher for the High Level Panel of Legal Experts on Media Freedom, an independent body of lawyers and judges convened for the purpose of providing advice and recommendations to governments on how to promote and protect media freedom. As a law student, she participated in the International Human Rights Law Association Clinic where she assisted the Permanent Mission of Liechtenstein to the United Nations with preparing a report that assesses how the core crimes of the 1998 Rome Statute of the International Criminal Court can be interpreted to cover cyberwarfare.

Ms. Dardari is licensed to practice law in the state of California, and is admitted to the U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, U.S. District Court for the Southern District of California, and U.S. Court of Appeals for the Ninth Circuit.

**Education:** LL.B. with First Class Honors, King's College London, 2020; LL.M., University of California, Los Angeles School of Law, 2021.

## ERWIN CHEMERINKSY, ATTORNEY OF COUNSEL

Mr. Chemerinksy serves as an "of counsel" attorney for Schonbrun Seplow Harris Hoffman & Zeldes, LLP.

Mr. Chemerinsky, Dean and Distinguished Professor of Law at the University of California, Berkeley and before that the University of California, Irvine School of Law.  Mr. Chemerinsky is one of the nation's top experts in Constitutional Law, Federal Practice, Civil Rights and Civil Liberties, and Appellate Litigation. He is the author of seven books, the latest being The Conservative Assault on the Constitution (Simon & Schuster, 2010). His casebook, Constitutional Law, is one of the most widely read law textbooks in the country. Chemerinsky has also written nearly 200 law review articles in journals such as the Harvard Law Review, Michigan Law Review, Northwestern Law Review, University of Pennsylvania Law Review, Stanford Law Review and Yale Law Journal. He frequently argues appellate cases, including matters before the U.S. Supreme Court and the U.S. Court of Appeal, and regularly serves as a commentator on legal issues for national and local media.

Mr. Chemerinsky is licensed to practice law in the states of California, Illinois, and District of Columbia.

**Representative Cases**
- *Andrade v. Attorney General* (2001)
- *Brown v. Mayle* (2002)

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

**Past Employment Positions:**
- United States Department of Justice, Trial Attorney
- Dobrovir, Oakes & Gebhardt in Washington, D.C., Attorney
- DePaul College of Law, Law Professor, 1980 - 1983

**Education:** B.S., Northwestern University, 1975 - Honors: With Highest Distinction (Top 1% of Class); J.D., *cum laude,* Harvard Law School, Cambridge Massachusetts, 1978.

**Honors/Awards:**
- One of the 10 Most Influential Lawyers in California
- Community Service Award from the Anti-Defamation League, 2001
- Clarence Darrow Award from the People's College of Law, 2001
- Alumni Achievement Award, Northwestern University, 2000
- Eason Monroe Courageous Advocate Award, American Civil Liberties Union of Southern California, 1999
- Judge John Brown Award for Contributions to Federal Judicial Education, 1998

**Published Work:**
- Interpreting the Constitution, 1987
- Federal Jurisdiction, 3d ed., 1999
- Constitutional Law: Principles and Policies, 2d ed., 2002
- Constitutional Law, 2001

### BENJAMIN SCHONBRUN, ATTORNEY OF COUNSEL

Ben Schonbrun is a founding partner of the firm.  Mr. Schonbrun's primary areas of practice are Sexual Harassment, Race Discrimination, Wrongful Termination and Pregnancy Discrimination

Mr. Schonbrun has represented numerous plaintiffs in sexual harassment, race discrimination, wrongful termination, pregnancy discrimination and disability discrimination which resulted in settlements in the hundreds of thousands and millions of dollars.

Mr. Schonbrun is licensed to practice law in the state of California since 1985, and is admitted to the U.S. District Court Central District of California, U.S. District Court Northern District of California, U.S. District Court Eastern District of California, and U.S. Court of Appeals 9th Circuit.

**Education:**  B.A. Brooklyn College, Brooklyn, Major: Political Science, Minor: Secondary Education; J.D., University of West Los Angeles School of Law, 1983.

### CATHERINE SWEETSER, ATTORNEY OF COUNSEL

After being a partner at the firm for many years, Ms. Sweetser recently transitioned to Attorney Of Counsel at the firm when she accepted a position as Director of the International Human Rights Clinic at UCLA.   She practices in the areas of International Human Rights, Civil Rights,

*Schonbrun Seplow Harris Hoffman & Zeldes, LLP Firm Resume*

and Class Actions. She specializes in Alien Tort Statute litigation and in matters involving Forced Labor and Labor Trafficking, Police Misconduct, Unlawful Detention, and Constitutional Violations. Ms. Sweetser joined the firm in April 2012.

Prior to joining the firm, Ms. Sweetser practiced union and plaintiff-side labor and employment law at Altshuler Berzon LLP in San Francisco. She also clerked for Judge Judith W. Rogers of the U.S. Court of Appeals for the D.C. Circuit in 2009-2010.

Ms. Sweetser received an LL.M. in International Law from NYU in 2010; she wrote a thesis on the integration of legal interpretation by international organizations into judicial decision-making. Ms. Sweetser received her Juris Doctorate from New York University School of Law in 2008, and her B.A. from Yale University in 2005, where she majored in Political Science and International Studies. During law school, she interned at the Innocence Project, which handles post-conviction motions and appeals for prisoners claiming to be innocent, and at the Legal Resources Centre in South Africa, assisting with cases concerning detention of undocumented immigrants and sex discrimination. She also published a Note on accountability for abuse by U.N. peacekeeping personnel.

Ms. Sweetser was one of the attorneys for the class when our firm was appointed class counsel for a class action protest case in *Aichele v. City of Los Angeles*, 314 F.R.D. 478, 497 (C.D. Cal. 2013). More recently, Mr. Sweetser was one of the counsel representing the class in *Chua v. City of Los Angeles*, Case No. 2:16-cv-00237-JAK-GJS (C.D. Cal. 2017).

Ms. Sweetser also has experience litigating injunctive relief on behalf of vulnerable populations and in litigating policy changes with local governments. Cases in which I have litigated on behalf of vulnerable populations include *Mitchell v. City of Los Angeles*, No. 16-07350 (C.D. Cal), and *Orange County Catholic Worker v. County of Orange,* No. 8:17-cv-1340 (C.D. Cal). Both resulted in settlements which governed how the local government handled the constitutional rights of homeless populations.

**Education:** B.A., Yale University, 2005; J.D., New York University School of Law, 2008; LLM., New York University School of Law, 2010. Major: International Law

\*  \*  \*  \*  \*  \*