1

2  Helen I. Zeldes (SBN 220051)
   *HZELDES@SSHHZLAW.COM*
3  Joshua A. Fields (SBN 242938)
   *jfields@sshhzlaw.com*
4
   Aya Dardari (SBN 344039)
5  *ADARDARI@SSHHZLAW.COM*
6  **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES, LLP**
7  501 W. Broadway, Suite 800
   San Diego, Ca 92101
8  TEL: (619) 400-4990 / Fax: (310) 399-7040
9
10 Justin Hewgill (SBN 259528)
   **HEWGILL COBB & LOCKARD, APC**
11 1620 Fifth Avenue, Suite 325
   San Diego, Ca 92101
12 Tel: 619-432-2520 / Fax: 619-377-6026
13 Contact@hcl-lawfirm.com

14
   *Counsel for Plaintiff CHERISHA LOVEJOY*
15 *and the Proposed Class*

16
                UNITED STATES DISTRICT COURT
17              SOUTHER DISTRICT OF CALIFORNIA
18

19 | CHERISHA LOVEJOY, an | Case No.: 3:23-cv-00380-AJB-BLM |
   individual, on behalf of herself and

20 all others similarly situated,       **DECLARATION OF CHERISHA**
                    Plaintiff,          **LOVEJOY IN SUPPORT OF**
21                                      **PLAINTIFF'S MOTION FOR**
        v.                              **CLASS CERTIFICATION**
22
   TRANSDEV SERVICES, INC., and
23                                      **DATE:** December 5, 2024
   DOES 1 through 10, Inclusive,        **TIME:** 2:00 p.m.
24                                      **CTRM:** 4A
                    Defendants.
25

26                                      Trial Date:      None Set
27                                      Complaint Filed:  February 28, 2023

28

**DECLARATION OF CHERISHA LOVEJOY**

I, Cherisha Lovejoy, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for defendant Transdev Services, Inc., beginning in or around August 2018, as a bus driver. I stopped working for Transdev as a bus driver in December 2021.

3.  I worked out of the El Cajon, California facility.

4.  While working for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to the location where I met my bus (which was already on route). For example, Transdev only assigned 15 minutes of paid time for doing a pre-trip check, which is the process of checking your bus for cleanliness and mechanical fitness for driving the route. Drivers had to do this before every route. This process took at least 20-25 minutes, assuming there was no issue with any of the items we were required to check on the bus. See a true and correct copy of a Transdev pre-trip checklist attached as Exhibit A to this deposition. If there were issues, and as the driver you had to take the bus to the mechanic or be assigned a new bus it would take much longer than that. Accordingly, many drivers, including myself at times would arrive early and check in with dispatch before our official arrival times to get our bus assignment and begin our pre-check process. Drivers, including myself, did this because if we did not complete our pre-check and get on route at the time the paddle called for, we would be reprimanded.

5.  Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal break was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute only meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked. This means I was just not paid for the time I was late to my meal breaks.

6.  While I worked for Transdev, rest breaks that were scheduled for bus drivers were not rest breaks at all but "opportunity breaks," which were a short period of time, typically scheduled at the end of a route before the driver drove the route again. Transdev used this time to allow drivers to re-synch with the schedule. This meant that if you had a 15 minute opportunity break but were behind schedule (as was often the case) by ten minutes, for example, you would stop for five minutes, and then restart as scheduled. These breaks were termed "opportunity breaks," because drivers supposedly had the opportunity to take breaks at that time. However, I regularly drove routes in which I could not take ten minute rest breaks. Many of the opportunity breaks were just 10 minutes long. Drivers were not allowed to leave the bus to take a break while passengers were still on the bus. Also, there was not enough time to clear the bus and take rest breaks. Many passengers would not want to leave the bus, even at the end of routes. They may have gotten on at the end of the route intending to get off on a different stop once the route started again. Additionally, many had mental or physical disabilities which made clearing the bus time-consuming and difficult. Under the best of conditions, it would take 3-5 minutes to clear the bus of passengers. Often it would take much longer than that, or not be cleared at all.

7.  I have learned now through this litigation that if I am not relieved of all of my duties that the "break" provided is not a legally sufficient break. However,

Transdev never told me this, and so I did not call dispatch or fill out exception forms for rest breaks I missed because I had to monitor passengers.

8.  While I worked for Transdev, I drove routes in which I regularly could not take my meal breaks. This happened because I was regularly late on the route and could not get a full 30 minutes of break time after transferring the bus to a new driver, before I had to drive again.

9.  While I worked for Transdev, I drove routes in which I regularly had split-shifts (a gap in my shift of two or more hours). However, I was not paid any split-shift premium wages.

10.  I understand that as a proposed class representative, I am agreeing to assume certain obligations for the benefit of my former co-workers at Transdev.  I understand that I must be truthful in the representations I make regarding this case.  I also understand that I have an obligation to fully cooperate with my lawyers. I further understand that I must treat the interests of the employees who are in the class that I seek to represent the same as I would my own interests.  In other words, I know that I cannot put my own interests ahead of those of the other class members.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>Sep 6, 2024</u>, at <u>6:00 PM</u>, California.

*Cherisha Lovejoy*
Cherisha Lovejoy (Sep 6, 2024 19:56 CDT)
Cherisha Lovejoy

# EXHIBIT A

# Bus Operator's Daily Defect Sheet

Bus # _____    Date_____/_____/_____    Serial # 38551

Each operator shall mark the **No Defect** box or the **Defect** box and note the defects below.

| | No Defect | Defect(s) | Print Your Name | Badge | Route/Block | Beginning Miles | Ending Miles |
|---|---|---|---|---|---|---|---|
| Operator ① | ☐ | ☐ | _____ | / _____ | / _____ | / _____ | / _____ |
| Operator ② | ☐ | ☐ | _____ | / _____ | / _____ | / _____ | / _____ |
| Operator ③ | ☐ | ☐ | _____ | / _____ | / _____ | / _____ | / _____ |
| Operator ④ | ☐ | ☐ | _____ | / _____ | / _____ | / _____ | / _____ |

## Pre-Trip

Place an (X) in each box to indicate the item was inspected.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Security Sweep | ☐ | ☐ | ☐ | ☐ |
| Lights/Reflectors/Headsign | ☐ | ☐ | ☐ | ☐ |
| Axle/Lugnuts/Tires | ☐ | ☐ | ☐ | ☐ |
| Fluid Leaks (coolant, ATF, etc.) | ☐ | ☐ | ☐ | ☐ |
| Wipers | ☐ | ☐ | ☐ | ☐ |
| Bike Rack | ☐ | ☐ | ☐ | ☐ |
| Mirrors | ☐ | ☐ | ☐ | ☐ |
| Door Interlock | ☐ | ☐ | ☐ | ☐ |
| Horn | ☐ | ☐ | ☐ | ☐ |
| Brake Test | ☐ | ☐ | ☐ | ☐ |
| Fire Extinguisher | ☐ | ☐ | ☐ | ☐ |
| CNG Fuel Level (Notify uner 900 psi) | ☐ | ☐ | ☐ | ☐ |

## Defect Sheet

Place an (X) in each box to indicate the item is detective. Add a description of the defect(s) in Misc. Notes area.

| | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Air Low Pressure | ☐ | ☐ | ☐ | ☐ | Window(s) | ☐ | ☐ | ☐ | ☐ | P.A. System | ☐ | ☐ | ☐ | ☐ |
| Air Leak | ☐ | ☐ | ☐ | ☐ | Tires | ☐ | ☐ | ☐ | ☐ | Brakes: Pull | ☐ | ☐ | ☐ | ☐ |
| Air/Suspension | ☐ | ☐ | ☐ | ☐ | Transmission | ☐ | ☐ | ☐ | ☐ | Soft | ☐ | ☐ | ☐ | ☐ |
| Engine | ☐ | ☐ | ☐ | ☐ | Wipers | ☐ | ☐ | ☐ | ☐ | Noise | ☐ | ☐ | ☐ | ☐ |
| Coolant Leak | ☐ | ☐ | ☐ | ☐ | Electrical | ☐ | ☐ | ☐ | ☐ | Smoke | ☐ | ☐ | ☐ | ☐ |
| V-Belts (Noisy) | ☐ | ☐ | ☐ | ☐ | CNG Detection Sys. | ☐ | ☐ | ☐ | ☐ | Other | ☐ | ☐ | ☐ | ☐ |
| Doors | ☐ | ☐ | ☐ | ☐ | Heater | ☐ | ☐ | ☐ | ☐ | | | | | |
| Lift/Ramp | ☐ | ☐ | ☐ | ☐ | A.C Not Cooling | ☐ | ☐ | ☐ | ☐ | Steering: Hard | ☐ | ☐ | ☐ | ☐ |
| Destination Sign | ☐ | ☐ | ☐ | ☐ | A/C Fall Light | ☐ | ☐ | ☐ | ☐ | Pull | ☐ | ☐ | ☐ | ☐ |
| Radio | ☐ | ☐ | ☐ | ☐ | Graffiti Interior | ☐ | ☐ | ☐ | ☐ | Belts | ☐ | ☐ | ☐ | ☐ |
| Farebox | ☐ | ☐ | ☐ | ☐ | Driver's Seat | ☐ | ☐ | ☐ | ☐ | Others | ☐ | ☐ | ☐ | ☐ |
| Drive Cam/Mobile | ☐ | ☐ | ☐ | ☐ | Customer Seat(s) | ☐ | ☐ | ☐ | ☐ | DAS | ☐ | ☐ | ☐ | ☐ |

## Misc. Notes:

① _____

② _____

③ _____

④ _____

## Exterior Body Damage

Indicate with a: **G-** for Graffiti, **S-** for Scratched, **D-** for Dents



## Maintenance Action (Maintenance Use Only)

Date: _____

Action Order #: _____

Notes: _____