Helen I. Zeldes (State Bar No. 220051)
*hzeldes@sshhzlaw.com*
Joshua A. Fields (State Bar No. 242938)
*jfields@sshhzlaw.com*
Aya Dardari (State Bar No. 344039)
*adardari@sshhzlaw.com*
**SCHONBRUN SEPLOW**
**HARRIS HOFFMAN & ZELDES, LLP**
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4990

Justin Hewgill (SBN 259528)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520 / Fax: 619-377-6026
contact@hcl-lawfirm.com

*Counsel for Plaintiff CHERISHA LOVEJOY*
*and the Proposed Class.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| CHERISHA LOVEJOY, *an individual, on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC, *and* DOES 1 *to* 10,<br><br>Defendants. | Case No. 3:23-cv-00380-AJB-MMP<br><br>**COMPENDIUM OF PUTATIVE CLASS MEMBER DECLARATIONS**<br><br>Date: December 5, 2024<br>Time: 2:00 p.m.<br>Place: Courtroom 4A<br>Judge: Hon. Anthony J. Battaglia<br><br>Complaint filed: February 27, 2023<br>Trial date: Not set |

# COMPENDIUM OF PUTATIVE CLASS MEMBER DECLARATIONS

DECLARANT

| | |
|---|---|
| Alea Garza | 1 |
| Ben Puente | 2 |
| Billy Joe LaPlant | 3 |
| Charles Fletcher | 4 |
| Christian Flores | 5 |
| Daniel Bourque | 6 |
| Jamar Smith | 7 |
| Jasmine Armstead | 8 |
| Javier Rodriguez | 9 |
| Kirsten Cook | 10 |
| Lorraine Dominguez | 11 |
| Martin Bustamante | 12 |
| Mike Molleson | 13 |
| Pamela Jordan | 14 |
| Sky Moore | 15 |
| Tammy Murillo | 16 |
| Theodore Brazelton | 17 |
| Trinidad Aguilera | 18 |

# DECLARANT 1

## Alea Garza



Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
adardari@sshhzlaw.com

Joshua A. Fields (SBN 242938)
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
501 W. Broadway, Ste 800
San Diego, CA 92101
jfields@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00380-AJB-BLM<br><br>**DECLARATION OF ALEA GARZA**<br><br>District Judge: Hon. Anthony J. Battalgia<br>Courtroom: 4A<br><br>Magistrate: Hon. Michelle M. Petit<br>Courtroom: TBD<br><br>Trial Date: None Set<br>Complaint Filed: February 28, 2023 |

# DECLARATION OF ALEA GARZA

I, Alea Garza, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around 2019 , as a bus driver. I stopped working for Transdev as a bus driver on or around 2022.

3.  I worked out of the Modesto facility.

4.  My last rate of pay was around $24 an hour.

5.  Between February, 2019 and when I left the employment of Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route). For example, Transdev only paid us 10 minutes for our pre-trip check of our buses. That process took at least 20 minutes, assuming there was nothing wrong with the bus. The break checks alone took several minutes. However, if drivers (including myself) were late getting out on route we would be written up, and could be fired. So, I along with most other drivers I observed would arrive before our official "arrival time", or start time and check in with dispatch and go early to start walking to the bus and doing our pre-check. I would go at least 5-10 minutes early every shift. I estimate that on average I work 2-4 hours of unpaid time per week.

6.  Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

7.  Between February, 2019 and when I left the employment of Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity

breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with a passenger on the bus. There was not enough time to clear the bus and take rest breaks. Additionally, it is often the case that I was late on my route, and could not even stop for the opportunity break.

8.   I estimate that on average I missed 4-5 rest breaks per week.

9.   I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

10. Between February, 2019 and when I left the employment of Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because the I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

11. I estimate that on average I missed 2-3 meal breaks per week.

12. Management never told me to tell dispatch for file an exception form when I missed breaks or worked time beyond what is described on the paddles.

13. Between February, 2019 and when I left the employment of Transdev, I drove routes in which I regularly had splits (a gap in my shift of two or more hours). I was not paid any split shift premium wages.

//

//

//

//

DECLARATION OF ALEA GARZA

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on Sep 6, 2024, at MODESTO, California.

Alea Eidsvik-Garza (Sep 6, 2024 11:03 PDT)

Alea Garza

DECLARATION OF ALEA GARZA

# DECLARANT 2
# Ben Puente

1   Justin Hewgill (SBN 259528)
2   Efaon Cobb (282228)
    **HEWGILL COBB & LOCKARD, APC**
3   1620 Fifth Avenue, Suite 325
    San Diego, Ca 92101
4   Tel: 619-432-2520
    Fax: 619-377-6026
5   Contact@hcl-lawfirm.com

6
    Helen I. Zeldes (SBN 220051)
7   Aya Dardari (SBN 344039)
    **SCHONBRUN SEPLOW HARRIS**
8   **HOFFMAN & ZELDES, LLP**
    501 W. Broadway, Suite 800
9   San Diego, Ca 92101
    Tel: (619) 400-4990
10  Fax: (310) 399-7040
11  hzeldes@sshhzlaw.com
    adardari@sshhzlaw.com
12
    Joshua A. Fields (SBN 242938)
13  **SCHONBRUN SEPLOW HARRIS**
    **HOFFMAN & ZELDES, LLP**
14  501 W. Broadway, Ste 800
    San Diego, CA 92101
15  jfields@sshhzlaw.com
16
    Attorneys for Plaintiff
17

18              UNITED STATES DISTRICT COURT
19            SOUTHER DISTRICT OF CALIFORNIA

20  CHERISHA LOVEJOY, an individual, on      Case No.: 3:23-cv-00380-AJB-BLM
21  behalf of herself and all others similarly
    situated,
22           Plaintiff,                       **DECLARATION OF BEN PUENTE**

23      v.
                                             District Judge:   Hon. Anthony J. Battalgia
    TRANSDEV SERVICES, INC., and DOES        Courtroom:        4A
24
    1 through 10, Inclusive,                 Magistrate:       Hon. Michelle M. Petit
25           Defendants.                      Courtroom:        TBD

26                                           Trial Date:       None Set
                                             Complaint Filed:  February 28, 2023
27

28

**DECLARATION OF BEN PUENTE**

I, Ben Puente, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I work for Transdev, beginning, on or around March 31, 2014, as a bus driver.

3.  I work out of the South Bay, Chula Vista facility.

4.  My current rate of pay is $29 an hour.

5.  Between February, 2019 and the present, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.  I estimate that on average I work 30-40 minutes of unpaid time per week.

7.  Additionally, I am often late for my meal breaks and am not paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

8.  Between February, 2019 and the present, I've driven routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passengers on the bus. There was not enough time to clear the bus and take rest breaks. Additionally, it is often the case that I was late on my route, and could not even stop for the opportunity break.

9.  I estimate that on average I miss 4-5 rest breaks per week.

10. I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

11. Between February, 2019 and the present, I've driven routes in which I regularly could not take my meal breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

12. I estimate that on average I miss 1 to 2 meal breaks per week.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on  Sep 5, 2024 , at  Chula Vista , California.

Ben Puente (Sep 5, 2024 16:17 GMT+2)

Ben Puente

# DECLARANT 3

# Billy Joe LaPlant

Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
adardari@sshhzlaw.com

Joshua A. Fields (SBN 242938)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Ste 800
San Diego, CA 92101
jfields@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated, | Case No.: 3:23-cv-00380-AJB-BLM |
| Plaintiff, | |
| v. | **DECLARATION OF BILLY JOE LAPLANT** |
| TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive, | District Judge: Hon. Anthony J. Battalgia<br>Courtroom: 4A |
| Defendants. | Magistrate: Hon. Michelle M. Petit<br>Courtroom: TBD |
| | Trial Date: None Set<br>Complaint Filed: February 28, 2023 |

**DECLARATION OF BILLY JOE LAPLANT**

I, Billy Joe LaPlant, declare as follows:

1.   I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.   I worked for Transdev, beginning, on or around 2012, as a paratransit driver. I stopped working for Transdev as a paratransit driver in April of 2024.

3.   I worked out of the Chico facility.

4.   Paratransit drivers are given a schedule of individuals to pick up, and drop off. These individuals are typically disabled. The schedules are called manifests.

5.   When I worked for Transdev generally, but specifically from 2019 through the time I left Transdev, I regularly worked hours for which I was not compensated. Transdev only assigned 15 minutes of paid time for doing a pre-trip check, which is the process of checking your bus for cleanliness and mechanical fitness for driving the route. Drivers had to do this before every route. This process took at least 20-25 minutes, assuming there was no issue with any of the items we had to check on the vehicle. If there were issues, and you had to take the bus to the mechanic or be assigned a new bus it would take much longer than that. Accordingly, many drivers, including myself at times would arrive early check in with dispatch before our official arrival times to get our bus assignment and begin our pre-check process. Drivers, including myself, did this because if we did not complete our pre-check and get on route at the time the paddled called for we would be reprimanded.

6.   Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. My understanding is the meal breaks were scheduled in our Manifests, and that time was automatically deducted from our time worked, but we rarely got to actually take those meal breaks.

7.   While I worked for Transdev, rest breaks were not possible for paratransit drivers. This is because we were given an extremely tight schedule in which there was not time to clear our vehicle, and take 10 minutes uninterrupted break.  Keep in mind that most of our passengers as paratransit drivers are disabled. So, we could not simply stop the bus and kick them all out, and there was just never time sufficient to drop off all the passengers and take 10 minutes before having to pick up another passenger.

8.   I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers. In fact, in the 12 years I worked for Transdev, I had never been told of the existence of "exception forms".

9.   While I worked for Transdev generally, but specifically from 2019 through when I left Transdev, meal breaks were regularly not take for paratransit drivers. This is for the same reason that rest breaks were not taken – we were given a schedule with specific pick-up locations and times and drop of locations and times for individuals. These schedules were very difficult to conform too, and we could not simply fail to pick passengers up. There was never enough time to have a full 30 minutes with no passengers on the vehicle to break.


I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on  Sep 6, 2024         , at Orland            , California.

Billy Laplant (Sep 6, 2024 12:58 PDT)

Billy Joe LaPlant

2
DECLARATION OF BILLY JOE LAPLANT

# DECLARANT 4

Charles Fletcher

1  Justin Hewgill (SBN 259528)
2  Efaon Cobb (282228)
   **HEWGILL COBB & LOCKARD, APC**
3  1620 Fifth Avenue, Suite 325
   San Diego, Ca 92101
4  Tel: 619-432-2520
   Fax: 619-377-6026
5  Contact@hcl-lawfirm.com

6  Helen I. Zeldes (SBN 220051)
7  Joshua A. Fields (SBN 242938)
   Aya Dardari (SBN 344039)
8  **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES, LLP**
9  501 W. Broadway, Suite 800
   San Diego, Ca 92101
10 Tel: (619) 400-4990
   Fax: (310) 399-7040
11 hzeldes@sshhzlaw.com
12 jfields@sshhzlaw.com
   adardari@sshhzlaw.com
13
14 Attorneys for Plaintiff

15                     UNITED STATES DISTRICT COURT
16                    SOUTHER DISTRICT OF CALIFORNIA

17 | CHERISHA LOVEJOY, an individual, on | Case No.: 3:23-cv-00380-AJB-BLM |
   | behalf of herself and all others similarly | |
18 | situated, | **DECLARATION OF CHARLES** |
   | | **FLETCHER** |
19 |              Plaintiff, | |
20 |              v. | District Judge:  Hon. Anthony J. Battalgia |
   | | Courtroom:      4A |
21 | TRANSDEV SERVICES, INC., and DOES | |
   | 1 through 10, Inclusive, | Magistrate:     Hon. Michelle M. Petit |
22 | | Courtroom:      TBD |
   |              Defendants. | |
23 | | Trial Date:     None Set |
24 | | Complaint Filed: February 28, 2023 |
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF CHARLES FLETCHER**

I, Charles Fletcher, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around March of 2023, as a bus driver. I stopped working for Transdev as a bus driver on or around June of 2024.

3.  I worked out of the Division 98 facility.

4.  My last rate of pay was around $24 an hour.

5.  While I was a bus driver for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.  I estimate that on average I worked 3 hours of unpaid time per week before and after shifts.

7.  I was not able to have dispatch add time for me because I was told that I could not do an exception for it taking longer to get my bus ready, or to get to my bus on the route.

8.  Also, I would regularly be late to my lunch periods, and I was not paid for the time I was driving while late to my meal period. I believe scheduled meal periods are automatically deducted from my hours worked. When my scheduled lunch periods are more than 30 minutes (for an example scheduled for a full hour), and I got a full 30 minutes break, I was not told to call in to dispatch or to file an exception form even if I was late arriving to my break.

9.  While I worked as a bus driver for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only 10 minutes long. I was not allowed to leave the bus to take a break with passengers

1

on the bus. There was not enough time to clear the bus and take rest breaks. Additionally it is often the case that I was late on my route, and could not even stop for the opportunity break.

10. I believe I did not get a full 10 minute rest break most days I drove as a bus driver for Transdev.

11. I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>Sep 5, 2024</u>, at <u>Charles fletcher</u>, California.

Charles Fletcher (Sep 5, 2024 11:19 PDT)
Charles Fletcher

DECLARATION OF CHARLES FLETCHER

# DECLARANT 5

# Christian Flores



1   Justin Hewgill (SBN 259528)
    Efaon Cobb (282228)
2   **HEWGILL COBB & LOCKARD, APC**
3   1620 Fifth Avenue, Suite 325
    San Diego, Ca 92101
4   Tel: 619-432-2520
    Fax: 619-377-6026
5   Contact@hcl-lawfirm.com

6   Helen I. Zeldes (SBN 220051)
7   Joshua A. Fields (SBN 242938)
    Aya Dardari (SBN 344039)
8   **SCHONBRUN SEPLOW HARRIS**
    **HOFFMAN & ZELDES, LLP**
9   501 W. Broadway, Suite 800
    San Diego, Ca 92101
10  Tel: (619) 400-4990
    Fax: (310) 399-7040
11  hzeldes@sshhzlaw.com
12  jfields@sshhzlaw.com
    adardari@sshhzlaw.com
13

14  Attorneys for Plaintiff

15

16              UNITED STATES DISTRICT COURT
            SOUTHER DISTRICT OF CALIFORNIA
17

18  CHERISHA LOVEJOY, an individual, on        Case No.: 3:23-cv-00380-AJB-BLM
    behalf of herself and all others similarly
19  situated,
            Plaintiff,                          **DECLARATION OF CHRISTIAN FLORES**
20
        v.                                      District Judge:   Hon. Anthony J. Battalgia
21                                              Courtroom:        4A
    TRANSDEV SERVICES, INC., and DOES
22  1 through 10, Inclusive,                    Magistrate:       Hon. Michelle M. Petit
                                                Courtroom:        TBD
23          Defendants.
                                                Trial Date:       None Set
24                                              Complaint Filed:  February 28, 2023

25

26

27

28

**DECLARATION OF CHRISTIAN FLORES**

I, Christian Flores, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around January 2011, as a bus driver. I stopped working for Transdev as a bus driver on or around July 18, 2023.

3.  I worked out of the Chula Vista facility.

4.  My last rate of pay was $28.50 per hour.

5.  Between February, 2019 and when I left the employment of Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.  I estimate that on average I worked four hours of unpaid time per week.

7.  Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

8.  Between February, 2019 and when I left the employment of Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passenger on the bus. There was not enough time to clear the bus and take rest breaks. Additionally, it is often the case that I was late on my route and could not even stop for the opportunity break.

9.  I estimate that on average I missed sixty percent (60%) of my rest breaks per week.

10. I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

11. Between February, 2019 and when I left the employment of Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

12. I estimate that on average I missed sixty to seventy percent (60% to 70%) of meal breaks per week.

13. I was not able to have dispatch add time for me because I was told that I could not do an exception for it taking longer to get my bus ready, or to get to my bus on the route.

14. Between February, 2019 and when I left the employment of Transdev, I drove routes in which I regularly had splits (a gap in my shift of two or more hours). I was not paid any split shift premium wages.


I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on ___Sep 5, 2024___, at ___San Diego___, California.



*Christian Flores*
Christian Flores (Sep 5, 2024 21:31 PDT)
_____
Christian Flores

# DECLARANT 6

Daniel Bourque



Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Joshua A. Fields (SBN 242938)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
jfields@sshhzlaw.com
adardari@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00380-AJB-BLM<br><br>**DECLARATION OF DANIEL BOURQUE**<br><br>District Judge: Hon. Anthony J. Battalgia<br>Courtroom: 4A<br><br>Magistrate: Hon. Michelle M. Petit<br>Courtroom: TBD<br><br>Trial Date: None Set<br>Complaint Filed: February 28, 2023 |

**DECLARATION OF DANIEL BOURQUE**

I, Daniel Bourque, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, on or around June 2021, as a bus driver. I stopped working for Transdev as a bus driver on or around September 2022.

3.  I worked out of the Arcadia facility.

4.  My last rate of pay was around $19 an hour.

5.  While I was a bus driver for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.  I was not able to have dispatch add time for me because I was told that I could not do an exception for it taking longer to get my bus ready, or to get to my bus on the route.

7.  I would regularly be late to my lunch periods, which I understand were automatically deducted from my hours worked. But, my lunch periods were often a hour or so long, and if I got a full 30 minutes for lunch I was not told to call in to dispatch to tell them I needed my lunch or had missed it. But I would restart my route on time. This means I was not paid for the time I was late for my meal break.

8.  I estimate that on average I work 6 hours of unpaid time per week.

9.  While I worked as a bus driver for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passenger on the bus. There was not enough time to clear the bus and take rest breaks.

1    Additionally it is often the case that I was late on my route, and could not even stop for the

2    opportunity break.

3        10. I believe I did not get a full 10 minute rest break most days I drove a bus driver for

4    Transdev

5        11. I have learned now through this litigation that if I am not relieved of all duty that the

6    break is not a legally sufficient break. But, Transdev never told me this, and so I have not

7    called dispatch or filled out exception forms for rest breaks I missed because I had to monitor

8    passengers.

9        12. While I drove for Transdev, I drove routes in which I regularly could not take my meal

10    breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes

11    of break time after transferring the bus to a new driver, before I have to drive again.

12        13. While I drove for Transdev, I drove routes in which I regularly had splits (a gap my

13    shift of two or more hours). I was not paid any split shift premium wages.

14

15        I declare under penalty of perjury pursuant to the laws of the State of California that the

16    foregoing is true and correct and that this declaration was executed on  Sep 3, 2024    , at

17    Newport Beach    , California.

18

19

20

21                                                    Daniel Bourque (Sep 3, 2024 12:52 PDT)

                                                    Daniel Bourque

22

23

24

25

26

27

28

2

DECLARATION OF DANIEL BOURQUE

# DECLARANT 7

# Jamar Smith

1  Justin Hewgill (SBN 259528)
2  Efaon Cobb (282228)
   **HEWGILL COBB & LOCKARD, APC**
3  1620 Fifth Avenue, Suite 325
   San Diego, Ca 92101
4  Tel: 619-432-2520
   Fax: 619-377-6026
5  Contact@hcl-lawfirm.com

6  Helen I. Zeldes (SBN 220051)
7  Aya Dardari (SBN 344039)
   **SCHONBRUN SEPLOW HARRIS**
8  **HOFFMAN & ZELDES, LLP**
   501 W. Broadway, Suite 800
9  San Diego, Ca 92101
   Tel: (619) 400-4990
10 Fax: (310) 399-7040
11 hzeldes@sshhzlaw.com
   adardari@sshhzlaw.com
12
   Joshua A. Fields (SBN 242938)
13 **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES, LLP**
14 501 W. Broadway, Ste 800
15 San Diego, CA 92101
   jfields@sshhzlaw.com
16
   Attorneys for Plaintiff
17

18              UNITED STATES DISTRICT COURT
19            SOUTHER DISTRICT OF CALIFORNIA

20 CHERISHA LOVEJOY, an individual, on      Case No.: 3:23-cv-00380-AJB-BLM
21 behalf of herself and all others similarly
   situated,
22          Plaintiff,                        **DECLARATION OF JAMAR SMITH**

23     v.                                     District Judge:    Hon. Anthony J. Battalgia
                                              Courtroom:         4A
   TRANSDEV SERVICES, INC., and DOES
24                                            Magistrate:        Hon. Michelle M. Petit
   1 through 10, Inclusive,                   Courtroom:         TBD
25
            Defendants.                       Trial Date:        None Set
26                                            Complaint Filed:   February 28, 2023
27

28

# DECLARATION OF JAMAR SMITH

I, Jamar Smith, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around March 2023, as a bus driver. I stopped working for Transdev as a bus driver on or around September 2023.

3.  I worked out of the Division 98 facility on Rosecrans & Avalon.

4.  My last rate of pay was $21 an hour.

5.  During the time I worked for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.  I estimate that on average I work about 2 & ½ hours of unpaid time per week.

7.  Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

8.  During the time I worked for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passengers on the bus. There was not enough time to clear the bus and take rest breaks. Additionally it is often the case that I was late on my route, and could not even stop for the opportunity break.

9.  I estimate that on average I missed 8 rest breaks per week.

10. I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

11. Between March, 2023 and when I left the employment of Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

12. I estimate that on average I missed every meal break per week.

13. I do not recall ever being told to call dispatch or file exception forms to be paid for time worked beyond paddle time or to be paid for missed meal or rest breaks. When I called regarding being late take a break, dispatch routinely told me to continue on scheduled despite that meaning I did not get a full break.

14. During my employment with Transdev, I drove routes in which I regularly had splits (a gap in my shift of two or more hours). I was not paid any split shift premium wages.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>Sep 5, 2024</u>, at <u>Los Angeles</u>, California.


<u>Jamar smith (Sep 5, 2024 19:58 PDT)</u>

Jamar Smith

2
DECLARATION OF JAMAR SMITH

# DECLARANT 8

Jasmine Armstead



Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Joshua A. Fields (SBN 242938)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
jfields@sshhzlaw.com
adardari@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-00380-AJB-BLM<br><br>**DECLARATION OF JASMINE ARMSTEAD**<br><br>District Judge:　Hon. Anthony J. Battalgia<br>Courtroom:　　4A<br><br>Magistrate:　　Hon. Michelle M. Petit<br>Courtroom:　　TBD<br><br>Trial Date:　　None Set<br>Complaint Filed:　February 28, 2023 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF JASMINE ARMSTEAD**

I, Jasmine Armstead, declare as follows:

1.   I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.   I worked for Transdev, beginning, on or around July of 2023, as a bus driver. I stopped working for Transdev as a bus driver on or around January of 2024.

3.   I worked out of the Division 97 facility.

4.   My last rate of pay was around $22 an hour.

5.   During the course of the time I worked as a bus driver I was asked to work outside of my scheduled times on six or seven occasions. On average these times, I worked an extra one to two hours. I do not believe I was paid for these hours.

6.   Also, I would regularly be late to my lunch periods, and I was not paid for the time I was driving while late to my meal period. I believe scheduled meal periods are automatically deducted from my hours worked. When my scheduled lunch periods more than 30 minutes (for an example scheduled for a full hour), and I got a full 30 minutes break, I was not told to call in to dispatch or to file an exception form even if I was late arriving to my break.

7.   While I worked as a bus driver for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with a passenger on the bus. There was not enough time to clear the bus and take rest breaks. Additionally, it is often the case that I was late on my route, and could not even stop for the opportunity break.

8.   I believe I did not get a full 10 minute rest break most days I drove as a bus driver for Transdev.

9. I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

10. While I drove for Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, or prepping the new bus before I have to drive again.

11. While I worked for Transdev, I drove routes in which I regularly had splits (a gap in my shift of two or more hours). I was not paid any split shift premium wages.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>Sep 5, 2024</u>, at <u>Long Beach</u>, California.

*Jasmine Armstead*
Jasmine Armstead (Sep 5, 2024 15:20 PDT)

Jasmine Armstead

DECLARATION OF JASMINE ARMSTEAD

# DECLARANT 9

# Javier Rodriguez



1  Justin Hewgill (SBN 259528)
2  Efaon Cobb (282228)
   **HEWGILL COBB & LOCKARD, APC**
3  1620 Fifth Avenue, Suite 325
   San Diego, Ca 92101
4  Tel: 619-432-2520
   Fax: 619-377-6026
5  Contact@hcl-lawfirm.com

6  Helen I. Zeldes (SBN 220051)
7  Joshua A. Fields (SBN 242938)
   Aya Dardari (SBN 344039)
8  **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES, LLP**
9  501 W. Broadway, Suite 800
   San Diego, Ca 92101
10 Tel: (619) 400-4990
   Fax: (310) 399-7040
11 hzeldes@sshhzlaw.com
12 jfields@sshhzlaw.com
   adardari@sshhzlaw.com
13
14 Attorneys for Plaintiff

15                    UNITED STATES DISTRICT COURT
16                 SOUTHER DISTRICT OF CALIFORNIA

17 CHERISHA LOVEJOY, an individual, on      Case No.: 3:23-cv-00380-AJB-BLM
   behalf of herself and all others similarly
18 situated,                                **DECLARATION OF JAVIER**
19              Plaintiff,                   **RODRIGUEZ**

20       v.                                  District Judge:   Hon. Anthony J. Battalgia
                                             Courtroom:        4A
21 TRANSDEV SERVICES, INC., and DOES
   1 through 10, Inclusive,                  Magistrate:       Hon. Michelle M. Petit
22                                           Courtroom:        TBD
              Defendants.
23                                           Trial Date:       None Set
24                                           Complaint Filed:  February 28, 2023
25
26
27
28

1

2

**DECLARATION OF JAVIER RODRIGUEZ**

3

4

I, Javier Rodriguez, declare as follows:

5

6    1.   I am an individual over the age of 18 years and am competent to make this Declaration.

I have personal knowledge of the facts stated in this Declaration, or items I state upon

7    information and belief, I believe to be true.

8    2.   I worked for Transdev, on or around January of 2019, as a bus driver. I stopped

9    working for Transdev as a bus driver on or around January of 2022.

10    3.   I worked out of the Chula Vista, main station facility.

11    4.   My last rate of pay was $23 an hour.

12    5.   During the period I drove a bus for Transdev, I regularly worked hours for which I was

13    not compensated. This happened because I had to come in to work early to prepare my bus to

14    start my route on time; I had to get in early to be transported by car, bus or tram to where I met

15    my bus (which was already on route).

16    6.   I estimate that on average I worked 3-5 hours of unpaid time per week. I was not able

17    to have dispatch add time for me because I was told that I could not do an exception for it

18    taking longer to get my bus ready, or to get to my bus on the route.

19    7.   Additionally, I would often be late arriving for meal breaks. However, if I was able to

20    get a full 30 minutes, I did not call in a missed meal break. I believe my scheduled meal break

21    would be deducted, so I would be unpaid for the time I was driving while late to my meal

22    break.

23    8.   When I was a driver for Transdev, I drove routes in which I could not take ten minute

24    rest breaks. This is because the rest breaks were opportunity breaks, many of which were only

25    scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passengers

26    on the bus. There was not enough time to clear the bus and take rest breaks. Additionally it is

27    often the case that I was late on my route, and could not even stop for the opportunity break.

28    9.   I estimate that on average I missed a rest break six days a week.

1

10. I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

11. While I drove for Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because the I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

12. I estimate that on average I miss one or two meal breaks per week, but it was also not uncommon for me to have meal breaks less than 30 minutes.

13. While I was a bus driver for Transdev, I drove routes in which I regularly had splits (a gap my shift of two or more hours). I was not paid any split shift premium wages.


I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on  Sep 4, 2024 , at San Diego , California.




_____
Javier Rodriquez (Sep 4, 2024 12:56 PDT)
Javier Rodriquez

# DECLARANT 10

# Kirsten Cook

Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Joshua A. Fields (SBN 242938)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
jfields@sshhzlaw.com
adardari@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00380-AJB-BLM<br><br>**DECLARATION OF KIRSTEN COOK**<br><br>District Judge: Hon. Anthony J. Battalgia<br>Courtroom: 4A<br><br>Magistrate: Hon. Michelle M. Petit<br>Courtroom: TBD<br><br>Trial Date: None Set<br>Complaint Filed: February 28, 2023 |

1

2

3

4

### DECLARATION OF KIRSTEN COOK

I, Kirsten Cook, previously known as Kirsten Woods, declare as follows:

5

6

7

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

8

9

2.  I worked for Transdev, beginning, on or around June of 2022, as a bus driver. I stopped working for Transdev as a bus driver on or around June of 2023.

10

3.  I worked out of the Sonoma County facility.

11

4.  My last rate of pay was around $26 per hour.

12

13

14

15

5.  While I was a bus driver for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

16

17

18

6.  I estimate that on average I worked 1.5 hours of unpaid time per week. I was not able to have dispatch add time for me because I was told that I could not do an exception for it taking longer to get my bus ready, or to get to my bus on the route.

19

20

21

22

7.  Also, I would regularly be late for my meal breaks. But, if my scheduled meal break was longer than the minimum 30 minutes, and I got a full 30 minute break, I was not told to call that in to dispatch or file an exception form. But, the time I spend driving while late to my meal break was still deducted form my hours worked.

23

24

25

26

27

8.  While I worked for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passengers on the bus. There was not enough time to clear the bus and take rest breaks. Additionally it is often the case that I was late on my route, and could not even stop for the opportunity break.

28

9.  I estimate that that I missed a rest break at least twice a week.

10. I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

11. While I drove for Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because the I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

12. I estimate I did not get a full 30 minute meal break at least twice a week.

13. While I worked for Transdev, I drove routes in which I regularly had splits (a gap my shift of two or more hours). I was not paid any split shift premium wages.

      I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>Sep 4, 2024</u>, at <u>Santa rosa</u>, California.

KC
<u>Kirsten Cook (Sep 4, 2024 13:20 PDT)</u>
KIRSTEN COOK

DECLARATION OF KIRSTEN COOK

# DECLARANT 11
Lorraine Dominguez



Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
adardari@sshhzlaw.com

Joshua A. Fields (SBN 242938)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Ste 800
San Diego, CA 92101
jfields@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00380-AJB-BLM<br><br>**DECLARATION OF LORRAINE DOMINGUEZ**<br><br>District Judge: Hon. Anthony J. Battalgia<br>Courtroom: 4A<br><br>Magistrate: Hon. Michelle M. Petit<br>Courtroom: TBD<br><br>Trial Date: None Set<br>Complaint Filed: February 28, 2023 |

# DECLARATION OF LORRAINE DOMINGUEZ

I, Lorraine Dominguez, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around 2018 as a bus driver. I stopped working for Transdev as a bus driver on or around May 2021.

3.  I worked out of the Arcadia facility.

4.  My last rate of pay was $19 an hour.

5.  Between February, 2019 and when I left the employment of Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.  I estimate that on average I worked 10-12 hours of unpaid time per week. Before letting me sign in dispatch would make me and other bus drivers do pre check, move bus, walk to yard, and then get signed on.

7.  Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

8.  Between February, 2019 and when I left the employment of Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes I was not allowed to leave the bus to take a break with a passenger on the bus. There was not enough time to clear the bus and take rest breaks. Additionally it is often the case that I was late on my route, and could not even stop for the opportunity break.

1     9.  I estimate that on average I missed 3 to 4 rest breaks per week.

2     10. I have learned now through this litigation that if I am not relieved of all duty that the

3     break is not a legally sufficient break. But, Transdev never told me this, and so I have not

4     called dispatch or filled out exception forms for rest breaks I missed because I had to monitor

5     passengers.

6     11. Between February, 2019 and when I left the employment of Transdev, I drove routes in

7     which I regularly could not take my meal breaks. This happens because I am regularly late on

8     the route and cannot get a full 30 minutes of break time after transferring the bus to a new

9     driver, before I have to drive again.

10     12. I estimate that on average I missed 2 meal breaks per week.

11     13. I was not able to have dispatch add time for me because I was told that I could not do

12     an exception for it taking longer to get my bus ready, or to get to my bus on the route.

13     14. Between February, 2019 and when I left the employment of Transdev, I drove routes in

14     which I regularly had splits (a gap in my shift of two or more hours). I was not paid any split

15     shift premium wages.

16

17     I declare under penalty of perjury pursuant to the laws of the State of California that the

18     foregoing is true and correct and that this declaration was executed on <u>Sep 5, 2024</u>, at

19     <u>Pomona</u>, California.

20

21

22

23     <u>Lorraine Dominguez (Sep 5, 2024 11:25 PDT)</u>

       Lorraine Dominguez

24

25

26

27

28

DECLARATION OF LORRAINE DOMINGUEZ

# DECLARANT 12

# Martin Bustamante



Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Joshua A. Fields (SBN 242938)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
jfields@sshhzlaw.com
adardari@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No.: 3:23-cv-00380-AJB-BLM<br><br>**DECLARATION OF MARTIN BUSTAMANTE**<br><br>District Judge: Hon. Anthony J. Battalgia<br>Courtroom:  4A<br><br>Magistrate:  Hon. Michelle M. Petit<br>Courtroom:  TBD<br><br>Trial Date:  None Set<br>Complaint Filed: February 28, 2023 |

1

2

3

4

### DECLARATION OF MARTIN BUSTAMANTE

I, Martin Bustamante, declare as follows:

5

6

7

    1.  I am an individual over the age of 18 years and am competent to make this Declaration.

I have personal knowledge of the facts stated in this Declaration, or items I state upon

information and belief, I believe to be true.

8

9

    2.  I have worked for Transdev, beginning, on or around 2017, as a bus driver and

continued to work for them through the first part of 2024.

10

    3.  I worked out of the Tulare Division in California.

11

    4.  My final rate of pay was $25.00 an hour.

12

13

14

15

16

    5.  I am often late getting to my lunch periods, and I was not paid for the time I was

driving while late to my meal period. I believe scheduled meal periods are automatically

deducted from my hours worked. When my scheduled lunch periods were more than 30

minutes (for an example scheduled for a full hour), and I got a full 30 minutes break, I was not

told to call in to dispatch or to file an exception form even if I was late arriving to my break.

17

18

19

20

21

22

    6.  During my time driving for Transdev, I have driven routes in which I could not take ten

minute rest breaks. This is because the rest breaks were opportunity breaks, many of which

were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with

passengers on the bus. There was not enough time to clear the bus and take rest breaks.

Additionally, it is often the case that I was late on my route, and could not even stop for the

opportunity break.

23

24

    7.  I believe I did not get a full 10 minute rest break most days I drove as a bus driver for

Transdev.

25

26

27

28

    8.  I have learned now through this litigation that if I am not relieved of all duty that the

break is not a legally sufficient break. But, Transdev never told me this, and so I have not

called dispatch or filled out exception forms for rest breaks I missed because I had to monitor

passengers.

1

DECLARATION OF MARTIN BUSTAMANTE

9.   While I drove for Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, or prepping the new bus before I have to drive again.

10. I estimate that on average I have not received a full 30 minute meal break two days a week.

11. While I worked for Transdev, I drove routes in which I regularly had splits (a gap in my shift of two or more hours). I was not paid any split shift premium wages.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on  Sep 6, 2024 , at Tulare, California.

Martin Bustamante (Sep 6, 2024 11:08 PDT)

Martin Bustamante

DECLARATION OF MARTIN BUSTAMANTE

# DECLARANT 13

Mike Molleson

Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
adardari@sshhzlaw.com

Joshua A. Fields (SBN 242938)
**SCHONBRUN SEPLOW HARRIS
HOFFMAN & ZELDES, LLP**
501 W. Broadway, Ste 800
San Diego, CA 92101
jfields@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>                Defendants. | Case No.: 3:23-cv-00380-AJB-BLM<br><br>**DECLARATION OF MIKE MOLLESON**<br><br>District Judge:   Hon. Anthony J. Battalgia<br>Courtroom:        4A<br><br>Magistrate:       Hon. Michelle M. Petit<br>Courtroom:        TBD<br><br>Trial Date:       None Set<br>Complaint Filed:  February 28, 2023 |

### DECLARATION OF MIKE MOLLESON

I, Mike Molleson, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around November 2022, as a bus driver. I stopped working for Transdev as a bus driver on or around October 2023.

3.  I worked out of the Napa facility.

4.  When I worked for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route). For example, Transdev only paid us 15 minutes to our pre-trip check of our busses. That process took much longer than that. But we were expected to finish it on time so we could get to our route on time. I along with many of the bus drivers would arrive early before our "arrival time" or start time check in with dispatch and then go do our pre-trip early. I would typically start 20-30 minutes before my start time. While I was there they transitioned to using a manual clock in system where by drivers clocked themselves in. Even after that happened I would still go early. Dispatch workers would tell me to go do pre-check and then come back and clock in at my arrival time, or they would offer to clock me in at my arrival time for me.

5.  Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

6.   When I worked for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with a passenger on the bus. There was not enough time to clear the bus and take rest breaks. Additionally, it is often the case that I was late on my route, and could not even stop for the opportunity break.

7.   I estimate that on average I missed 5-6 rest breaks per week.

8.   I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

9.   When I worked for Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because the I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

10. I estimate that on average I missed 3-4 meal breaks per week.

11. Between November, 2022 and when I left the employment of Transdev, I drove routes in which I regularly had splits (a gap in my shift of two or more hours). I was not paid any split shift premium wages.


I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on Sep 6, 2024          , at Napa                    , California.




mike molleson (Sep 6, 2024 16:11 PDT)
Mike Molleson

2
DECLARATION OF MIKE MOLLESON

# DECLARANT 14

Pamela Jordan



1  Justin Hewgill (SBN 259528)
2  Efaon Cobb (282228)
   **HEWGILL COBB & LOCKARD, APC**
3  1620 Fifth Avenue, Suite 325
   San Diego, Ca 92101
4  Tel: 619-432-2520
   Fax: 619-377-6026
5  Contact@hcl-lawfirm.com

6
   Helen I. Zeldes (SBN 220051)
7  Aya Dardari (SBN 344039)
   **SCHONBRUN SEPLOW HARRIS**
8  **HOFFMAN & ZELDES, LLP**
   501 W. Broadway, Suite 800
9  San Diego, Ca 92101
   Tel: (619) 400-4990
10 Fax: (310) 399-7040
   hzeldes@sshhzlaw.com
11 adardari@sshhzlaw.com

12
   Joshua A. Fields (SBN 242938)
13 **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES, LLP**
14 501 W. Broadway, Ste 800
   San Diego, CA 92101
15 jfields@sshhzlaw.com

16
   Attorneys for Plaintiff
17

18              UNITED STATES DISTRICT COURT
19            SOUTHER DISTRICT OF CALIFORNIA

20 CHERISHA LOVEJOY, an individual, on      Case No.: 3:23-cv-00380-AJB-BLM
   behalf of herself and all others similarly
21 situated,
22          Plaintiff,                        **DECLARATION OF PAMELA JORDAN**

23     v.                                     District Judge:   Hon. Anthony J. Battalgia
                                              Courtroom:        4A
   TRANSDEV SERVICES, INC., and DOES
24                                            Magistrate:       Hon. Michelle M. Petit
   1 through 10, Inclusive,                   Courtroom:        TBD
25
           Defendants.                        Trial Date:       None Set
26                                            Complaint Filed:  February 28, 2023
27

28

# DECLARATION OF PAMELA JORDAN

I, Pamela Jordan, declare as follows:

1.   I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.   I worked for Transdev, beginning, on or around June 2019, as a bus driver. I stopped working for Transdev as a bus driver on or around January 2020.

3.   I worked out of the Chinatown facility in Los Angeles.

4.   My last rate of pay was $21 or $22 an hour

5.   When I worked for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.   Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

7.   When I worked for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passengers on the bus. There was not enough time to clear the bus and take rest breaks. Additionally, it is often the case that I was late on my route, and could not even stop for the opportunity break.

8.   I estimate that on average I missed 2 or 3 rest breaks per week.

9.   I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not

1
DECLARATION OF PAMELA JORDAN

called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

10. Between June, 2019 and when I left the employment of Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

11. I estimate that on average I missed 3 meal breaks per week.


I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>Sep 4, 2024</u>, at <u>Los Angeles</u>, California.


*Pamela Jordan*
Pamela Jordan (Sep 4, 2024 17:49 PDT)
Pamela Jordan

# DECLARANT 15

Sky Moore

1    Justin Hewgill (SBN 259528)
2    Efaon Cobb (282228)
     **HEWGILL COBB & LOCKARD, APC**
3    1620 Fifth Avenue, Suite 325
     San Diego, Ca 92101
4    Tel: 619-432-2520
     Fax: 619-377-6026
5    Contact@hcl-lawfirm.com

6    Helen I. Zeldes (SBN 220051)\
7    Joshua A. Fields (SBN 242938)
     Aya Dardari (SBN 344039)
8    **SCHONBRUN SEPLOW HARRIS**
     **HOFFMAN & ZELDES, LLP**
9    501 W. Broadway, Suite 800
     San Diego, Ca 92101
10   Tel: (619) 400-4990
     Fax: (310) 399-7040
11   hzeldes@sshhzlaw.com
     jfields@sshhzlaw.com
12   adardari@sshhzlaw.com
13

14   Attorneys for Plaintiff

15

16                     UNITED STATES DISTRICT COURT
                       SOUTHER DISTRICT OF CALIFORNIA
17

18   CHERISHA LOVEJOY, an individual, on      Case No.: 3:23-cv-00380-AJB-BLM
     behalf of herself and all others similarly
19   situated,
                    Plaintiff,                 **DECLARATION OF SKY MOORE**
20
          v.                                   District Judge:   Hon. Anthony J. Battalgia
21                                             Courtroom:        4A
     TRANSDEV SERVICES, INC., and DOES
22   1 through 10, Inclusive,                  Magistrate:       Hon. Michelle M. Petit
                                               Courtroom:        TBD
23                  Defendants.
                                               Trial Date:       None Set
24                                             Complaint Filed:  February 28, 2023

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### DECLARATION OF SKY MOORE

I, Sky W. Moore, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around May of 2022, as a bus driver. I stopped working for Transdev as a bus driver on or around September of 2022.

3.  I worked out of the Gardena facility.

4.  My last rate of pay was around $23 an hour.

5.  When I worked for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.  I estimate that on average I work 6 hours of unpaid time per week. I was not able to have dispatch add time for me because I was told that I could not do an exception for it taking longer to get my bus ready, or to get to my bus on the route.

7.  Additionally, I would often get to my meal breaks late. I would not be paid for the time I was driving during my scheduled meal break because it was deducted with my meal break from my hours worked. If my scheduled break was longer than 30 minutes, and I got a full 30 minute meal break, I was not told to call dispatch or file an exception form.

8.  While I worked for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passengers on the bus. There was not enough time to clear the bus and take rest breaks. Additionally it is often the case that I was late on my route, and could not even stop for the opportunity break.

9.  I did not get full 10 minute breaks most days I worked as bus driver for Transdev.

10. I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

11. Between May of 2022, and when I left the employment of Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

12. While I worked for Transdev, I drove routes in which I regularly had splits (a gap my shift of two or more hours). I was not paid any split shift premium wages.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>Sep 4, 2024</u>, at <u>Yes</u>, California.

Sky moore (Sep 4, 2024 11:33 PDT)

Sky Moore

DECLARATION OF SKY MOORE

# DECLARANT 16
# Tammy Murillo



1   Justin Hewgill (SBN 259528)
2   Efaon Cobb (282228)
    **HEWGILL COBB & LOCKARD, APC**
3   1620 Fifth Avenue, Suite 325
    San Diego, Ca 92101
4   Tel: 619-432-2520
    Fax: 619-377-6026
5   Contact@hcl-lawfirm.com

6
    Helen I. Zeldes (SBN 220051)
7   Aya Dardari (SBN 344039)
    **SCHONBRUN SEPLOW HARRIS**
8   **HOFFMAN & ZELDES, LLP**
    501 W. Broadway, Suite 800
9   San Diego, Ca 92101
    Tel: (619) 400-4990
10  Fax: (310) 399-7040
11  hzeldes@sshhzlaw.com
    adardari@sshhzlaw.com
12
    Joshua A. Fields (SBN 242938)
13  **SCHONBRUN SEPLOW HARRIS**
    **HOFFMAN & ZELDES, LLP**
14  501 W. Broadway, Ste 800
15  San Diego, CA 92101
    jfields@sshhzlaw.com
16
    Attorneys for Plaintiff
17

18                      UNITED STATES DISTRICT COURT
19                     SOUTHER DISTRICT OF CALIFORNIA

20  CHERISHA LOVEJOY, an individual, on      Case No.: 3:23-cv-00380-AJB-BLM
    behalf of herself and all others similarly
21  situated,
                                              **DECLARATION OF TAMMY MURILLO**
22              Plaintiff,

23         v.                                 District Judge:   Hon. Anthony J. Battalgia
                                              Courtroom:        4A
    TRANSDEV SERVICES, INC., and DOES
24                                            Magistrate:       Hon. Michelle M. Petit
    1 through 10, Inclusive,                  Courtroom:        TBD
25
                Defendants.                   Trial Date:       None Set
26                                            Complaint Filed:  February 28, 2023

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### DECLARATION OF TAMMY MURILLO

I, Tammy Murillo, declare as follows:

1.   I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.   I worked for Transdev, beginning, on or around April 2005, as a bus driver. I stopped working for Transdev as a bus driver on or around September 2021.

3.   I worked out of the South Bay / Chula Vista facility.

4.   My last rate of pay was $27.95.

5.   Between February, 2019 and when I left the employment of Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.   I estimate that on average I work a few minutes every morning. I was not able to have dispatch add time for me because I was told that I could not do an exception for it taking longer to get my bus ready, or to get to my bus on the route.

7.   Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

8.   Between February, 2019 and when I left the employment of Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passengers on the bus. There was not enough time to clear the bus and

1   take rest breaks. Additionally it is often the case that I was late on my route, and could not
2   even stop for the opportunity break.

3       9.   I estimate that on average I missed 3 rest breaks per week.

4       10. I have learned now through this litigation that if I am not relieved of all duty that the
5   break is not a legally sufficient break. But, Transdev never told me this, and so I have not
6   called dispatch or filled out exception forms for rest breaks I missed because I had to monitor
7   passengers.

8       11. Between February, 2019 and when I left the employment of Transdev, I drove routes in
9   which I regularly could not take my meal breaks. This happens because the I am regularly late
10  on the route and cannot get a full 30 minutes of break time after transferring the bus to a new
11  driver, before I have to drive again.

12      12. I estimate that on average I missed 2 to 3 meal breaks per week.

13      13. Between February, 2019 and when I left the employment of Transdev, I drove routes in
14  which I had splits (a gap in my shift of two or more hours). I was not paid any split shift
15  premium wages.

16

17      I declare under penalty of perjury pursuant to the laws of the State of California that the
18  foregoing is true and correct and that this declaration was executed on  Sep 5, 2024        , at
19  Clarksville              ,Tennessee.

20

21

22                                          *Tammy Murillo*
                                            Tammy Murillo (Sep 5, 2024 23:04 CDT)
23                                          Tammy Murillo

24

25

26

27

28

# DECLARANT 17
Theodore
Brazelton



Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
adardari@sshhzlaw.com

Joshua A. Fields (SBN 242938)
jfields@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated, | Case No.: 3:23-cv-00380-AJB-BLM |
| Plaintiff, | |
| v. | **DECLARATION OF THEODORE ANTHONY BRAZELTON** |
| TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive, | District Judge: Hon. Anthony J. Battalgia Courtroom: 4A |
| Defendants. | Magistrate: Hon. Michelle M. Petit Courtroom: TBD |
| | Trial Date: None Set Complaint Filed: February 28, 2023 |

# DECLARATION OF THEODORE ANTHONY BRAZELTON

I, Theodore Anthony Brazelton, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around May of 2019, as a bus driver. I stopped working for Transdev as a bus driver on or around March of 2021.

3.  I worked out of the Chula Vista facility.

4.  My last rate of pay was $18.75 an hour.

5.  While I worked for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route).

6.  I estimate that on average I work 2-3 hours of unpaid time per week. I was not able to have dispatch add time for me because I was told that I could not do an exception for it taking longer to get my bus ready, or to get to my bus on the route.

7.  Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

8.  Between May, 2019 and when I left the employment of Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with passengers on the bus. There was not enough time to clear the bus and take rest breaks. Additionally, it is often the case that I was late on my route and could not even stop for the opportunity break.

1    9.  I believe I did not get full rest breaks most days I worked as a bus driver for Transdev.

2    10. I have learned now through this litigation that if I am not relieved of all duty that the

3    break is not a legally sufficient break. But Transdev never told me this, and so I have not

4    called dispatch or filled out exception forms for rest breaks I missed because I had to monitor

5    passengers.

6         I declare under penalty of perjury pursuant to the laws of the State of California that the

7    foregoing is true and correct and that this declaration was executed on ___Sep 4, 2024___, at

8    __San Diego_____, California.

9

10

11

12                              Theodore Anthony Brazelton

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF THEODORE ANTHONY BRAZELTON

# DECLARANT 18

Trinidad Aguilera



Justin Hewgill (SBN 259528)
Efaon Cobb (282228)
**HEWGILL COBB & LOCKARD, APC**
1620 Fifth Avenue, Suite 325
San Diego, Ca 92101
Tel: 619-432-2520
Fax: 619-377-6026
Contact@hcl-lawfirm.com

Helen I. Zeldes (SBN 220051)
Aya Dardari (SBN 344039)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Suite 800
San Diego, Ca 92101
Tel: (619) 400-4990
Fax: (310) 399-7040
hzeldes@sshhzlaw.com
adardari@sshhzlaw.com

Joshua A. Fields (SBN 242938)
**SCHONBRUN SEPLOW HARRIS**
**HOFFMAN & ZELDES, LLP**
501 W. Broadway, Ste 800
San Diego, CA 92101
jfields@sshhzlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00380-AJB-BLM<br><br>**DECLARATION OF TRINIDAD AGUILERA**<br><br>District Judge: Hon. Anthony J. Battalgia<br>Courtroom: 4A<br><br>Magistrate: Hon. Michelle M. Petit<br>Courtroom: TBD<br><br>Trial Date: None Set<br>Complaint Filed: February 28, 2023 |

# DECLARATION OF TRINIDAD AGUILERA

I, Trinidad Aguilera, declare as follows:

1.  I am an individual over the age of 18 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this Declaration, or items I state upon information and belief, I believe to be true.

2.  I worked for Transdev, beginning, on or around September 2019, as a bus driver. I stopped working for Transdev as a bus driver on or around May or June of 2021.

3.  I worked out of the Irwindale facility.

4.  My last rate of pay was $17.50 an hour.

5.  When I worked for Transdev, I regularly worked hours for which I was not compensated. This happened because I had to come in to work early to prepare my bus to start my route on time; I had to get in early to be transported by car, bus or tram to where I met my bus (which was already on route). For example, Transdev only paid 15 minutes for pre-trip checks at the beginning of our routes. Pre-trips took 20-25 minutes, on a good day. If there was something wrong with the bus it took longer that that. But, if a driver was late getting out on the route we would get written up, and could be fired if we were written up for this multiple times in a year. Because of this I would check in with dispatch 15-20 minutes before my official "arrival time" or start time, get my bus assignment early and start my pre-check process early every shift. I believe most if not all the drivers did this. This practice was encouraged in our training. I estimate that on average I worked around 4 hours of unpaid time per week.

6.  Additionally, I was often late for my meal breaks and would not be paid for time I was working during my scheduled break. When my meal was scheduled for longer than 30 minutes, and I was late to the meal break but still got a 30 minute meal break, I was not told to call dispatch or file an exception form. But my scheduled meal break was always deducted from my time worked.

7.   When I worked for Transdev, I drove routes in which I could not take ten minute rest breaks. This is because the rest breaks were opportunity breaks, many of which were only scheduled for 10 minutes. I was not allowed to leave the bus to take a break with a passenger on the bus. There was not enough time to clear the bus and take rest breaks. Additionally, it is often the case that I was late on my route, and could not even stop for the opportunity break.

8.   I estimate that on average I missed 4 rest breaks per week.

9.   I have learned now through this litigation that if I am not relieved of all duty that the break is not a legally sufficient break. But, Transdev never told me this, and so I have not called dispatch or filled out exception forms for rest breaks I missed because I had to monitor passengers.

10. When I worked for Transdev, I drove routes in which I regularly could not take my meal breaks. This happens because I am regularly late on the route and cannot get a full 30 minutes of break time after transferring the bus to a new driver, before I have to drive again.

11. I estimate that on average I missed 1 meal break per week.

12. I did not know I could be paid for hours worked above the paddle hours, and for missed meal and rest break by telling dispatch or filling out an exception form. I do not recall ever being told to do so.

13. Between September, 2019 and when I left the employment of Transdev, I drove routes in which I regularly had splits (a gap in my shift of two or more hours). I was not paid any split shift premium wages.

//

//

//

//

DECLARATION OF TRINIDAD AGUILERA

1    I declare under penalty of perjury pursuant to the laws of the State of California that the

2    foregoing is true and correct and that this declaration was executed on  Sep 6, 2024          , at

3    Trinidad Aguilera      , California.

4

5

6                                                Trinidad Aguilera (Sep 6, 2024 11:53 PDT)
                                                 Trinidad Aguilera

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF TRINIDAD AGUILERA