```
 1  Justin Hewgill (SBN 259528)
    Efaon Cobb (SBN 282228)
 2  HEWGILL COBB & LOCKARD, APC
    1620 Fifth Avenue, Suite 325
 3  San Diego, Ca 92101
    Tel: (619) 432-2520
 4  Fax: (619) 377-6026
    contact@hcl-lawfirm.com
 5
    Helen I. Zeldes (SBN 220051)
 6  Joshua A. Fields (SBN 242938)
    Aya Dardari (SBN 344039)
 7  SCHONBRUN SEPLOW HARRIS
    HOFFMAN & ZELDES, LLP
 8  501 W. Broadway, Suite 800
    San Diego, Ca 92101
 9  Tel: (619) 400-4990
    Fax: (310) 399-7040
10  hzeldes@sshhzlaw.com
    jfields@sshhzlaw.com
11  adardari@sshhzlaw.com

12
    Attorneys for Plaintiff and the Proposed Class
13
14
                     UNITED STATES DISTRICT COURT
15                   SOUTHERN DISTRICT OF CALIFORNIA
16
17  CHERISHA LOVEJOY, an individual, on        Case No.:
    behalf of herself and all others similarly
18  situated,                                  CLASS ACTION 3:23-cv-00380-AJB-MDD
19              Plaintiff,
                                               DECLARATION OF HEATHER H.
20          v.                                 XITCO IN SUPPORT OF PLAINTIFFS'
                                               MOTION FOR CLASS CERTIFICATION
21  TRANSDEV SERVICES, INC., and DOES          AND APPOINTMENT OF CLASS
    1 through 10, Inclusive                    REPRESENTATIVES AND CLASS
22                                             COUNSEL
                Defendants.
23
24
25
26
27
28
```

I, Heather H. Xitco, declare as follows:

1. I am a Principal with Dolan Xitco, which provides litigation support, financial analysis, and expert testimony. I hold a Bachelor's degree in Economics from the University of Southern California and hold a Master's degree in Business Administration, with an emphasis in Finance, from the University of San Diego. I am a practicing Certified Public Accountant in California with a Certification in Financial Forensics (CFF). Attached as Exhibit A is my curriculum vitae which summarizes my education and professional background.

2. I have provided qualified expert testimony regarding claims of economic loss in state and federal courts. Attached as Exhibit B is a list of my deposition, arbitration, and trial testimony since September 1, 2020 as best as I can practically summarize at this time. If called upon to do so, I could testify competently to the matters contained herein.

3. I have been retained by counsel for Plaintiffs in this matter to initially evaluate the data provided by Defendants that it is my understanding is supposed to be a 20% sample of the Class. I was asked to determine the number of split shifts worked and if split shift premiums were paid in those instances. In addition, I was asked to calculate the number of meal period violations when: an employee worked 5 or more hours and wasn't given a meal break, when an employee worked 6 or more hours and wasn't given a meal break, and when employees were given meal breaks, but they were under 30 minutes long, and to see if meal period premiums were provided when these violations occurred.

4. I understand Ms. Lovejoy has asserted claims as a Class representative and seek damages on behalf of all similarly situated Class members – bus operators who worked for Transdev Services, Inc. from and after February 27, 2019 (the "Class" or "Class Members"). The Class Period is February 27, 2019 through disposition ("Class Period"). Ms. Lovejoy claims she and the Class incurred damages arising from violations of California's wage and hour laws. The alleged violations resulted in, among other things, underpayment by failing to pay for all time worked (including overtime and double-time), failure to pay meal and rest premiums, and failure to pay split shift premiums for

-1-
DECLARATION OF HEATHER H. XITCO IN SUPPORT OF PLAINTIFFS' MOTION CLASS CERTIFICATION

Plaintiffs and the Class members. I expect that I will eventually be asked to and will opine to potential damages based on information provided.

5. It is my opinion, based on my education, training, background and experience in California Labor Code cases, that based on records provided to date there were split shift periods worked and no split shifts premiums were paid. Additionally, there were potential meal period violations where no meal period premiums were paid.

6. I have reviewed documents produced by Transdev Services, Inc. comprising of earnings and time data for 887 employees, including Ms. Lovejoy, that I understand were a randomly selected sample of 20% of the Class[1]. This data includes the date and time Class Members started and ended each job activity for the sample period beginning February 27, 2019, through March 16, 2024. In addition, we received earnings data for 951 employees, which includes all types of pay the employee earned by pay period. With the documents I have received to date, I can determine number of potential violations within the 887 sample Class Members that I have time data for. I did not include any time Class members worked off the clock, or was not recorded by Defendants. Using this data, I can determine the number of violations where premiums were not paid for the Sample Class.

**Violation of California Labor Codes §§ 200, 210, 510, 515, 558, 1194 and 1194.2 – Failure to Pay for All Time Worked & Overtime Worked**

7. Based on California labor law time worked in excess of 8 hours and up to 12 in any workday, or over 40 hours per work week, is considered overtime, and is to be paid at one and a half times the employee's regular rate of pay. All time worked in excess of 12 hours in any workday is considered double-time, and is paid at double the employee's regular rate of pay. It is my understanding that Defendant's did not pay actual hours worked, but instead paid hours based on estimates of what hours Defendants estimated its employees should drive the routes assigned, or "paddles".

---

[1] Excel files titled "116730" and "Lovejoy Terminated Employee List 05-02-24"

8. I was provided time data by day or shifts worked, and payroll data by pay period. Post certification, if it is determined that Class members worked any time that was greater than their assigned "paddles", I would analyze the start date/time and end date/time of each employee, per job and day worked. I would identifify unpaid regular time for any hours worked less than 8 hours in a day, any time worked in a workday in excess of 8 hours, up to 12 hours as unpaid overtime, and any time worked in excess of 12 hours in a workday as double-time.

9. To quantify damages due to the underpayment I would apply each employee's respective hourly rate paid to their unpaid hours owed, and multiply overtime hours by 1.5 times the regular rate, and double-time by 2 times the regular rate.

**Violation of Industrial Wage Orders 1-15, Section 4– Failure to Pay Split-Shift Premiums**

10. A split shift is any shift that is interrupted by a non-paid, non-worked time period established by the employer. I was asked to determine the number of split shifts worked, which were shifts with at least a 2-hour interrupted non-worked break between 2 shifts worked. I then determined the total number of split shifts worked for the sample Class at 52,665, and calculated the percentage of total shifts, which equated to 15% of total shifts.

11. I was asked to look at instances split shifts were worked, and to see if split shift premiums were paid in the instances a split shift was worked. I did not find a single instance where a split shift premium was paid. I was then asked to calculate if any split shift premiums would be due if calculated at one hour of minimum wage above the minimum wage earned by that employee during the day. I then reviewed pay records provided by Defendants, to determine if actual pay was less than minimum wage plus a split shift premium. Employees in 2019 earning $13.25 an hour, in 2020, employees earning $14.25 or less, and in 2021 employees earning $15.50 or less, would be entitled to some amount of split shift premiums even if minimum wage was considered. In 2019 there were 27 of 334 employees making $13.25 an hour, or 8.1% of employees. In 2020, 34 of 374 employees were making $14.25 or less, or 9.1% of employees. In 2021, there were 72 of 434 employees making $15.50 or less an hour, or 16.6% of employees.

-3-
DECLARATION OF HEATHER H. XITCO IN SUPPORT OF PLAINTIFFS' MOTION CLASS CERTIFICATION

**Violation of California Labor Codes §§ 226.7, 512, – Failure to Provide Meal, Rest Periods or Compensation in Lieu Thereof**

12. California labor law requires employers to provide employees with rest and meal periods when they work over a certain number of hours in a given workday. This would include a rest period of 10 minutes for every 4 hours worked or major fraction thereof and a meal period of not less than 30 minutes for every 5 hours worked.

13. It is my understanding that Class members were not provided rest breaks. For every rest break that was not provided, the employee is entitled to one hour of pay at the employee's regular rate of pay. If it is determined that employees were not provided any rest breaks, I would calculate damages by applying an hour of pay for every shift worked over 4 hours, or major fraction thereof, to the employee's hourly rate at that time.

14. I was asked to look at sample data for the Class that was provided by Defendants and determine the number of meal period violations that occurred. I calculated meal break violations when shifts were over 5 hours long and no meal breaks were given, and meal period violations when the break was less than 30 minutes long. Based on my review of Defendants time worked data for the 887 analyzed employees, I determined the number of potential meal period violations at 43,007 with no meal break within a 5 hour shift and 5,207 when meal breaks were less than 30 minutes, accounting for 12% and 1% of total shifts, respectively.

15. There were instances where there were multiple potential infractions in a single shift. It is my understanding that an employee is only entitled to one meal period premium a day, no matter how many violations occurred. I calculated how many meal premiums were owed in our Class sample by including only one meal violation per employee day worked, resulting in 45,072 or 12% of total shifts.

16. Based on information provided by Defendants, Pay Code "29" is the code for Wage Order 9 Premiums. Based on my review of the time data and wage statements, 1 Wage Order 9 payment is equal to an hour of pay at each employee's hourly rate, which would equate to what a meal

-4-

DECLARATION OF HEATHER H. XITCO IN SUPPORT OF PLAINTIFFS' MOTION CLASS CERTIFICATION

premium penalty would be. However, with the information I was provided, I am unable to determine what specific reason the Wage Order 9 was given. There are instances where there are multiple meal period violations in one shift, and often times no Wage Order 9 was given when meal period violations were present.  I was asked to determine how many meal period violations were incurred, and how many Wage Order 9 premiums were given.  Based on my review of Defendants time worked data for the 887 analyzed employees, I determined that 11,796 Wage Order 9 Premiums were paid, resulting in 33,276 unpaid wage premiums or 9% of shifts worked.

17. In addition, I was asked to perform a similar analysis, however instead of looking at 5+ hours with no break, I was asked to calculate 6+ hours with no meal break. I identified 12,684 shifts with no meal break after 6 hours or 4% of shifts, which would result in 17,800 total violations including meal breaks less than 30 minutes after limiting to one potential violation a day. Comparing to the Wage Order 9 Premiums paid at 11,796, results in 6,004 unpaid meal premiums.  Based on my analysis, it is clear there were a significant amount instances where meal period violations occurred, and no meal period premiums where given.

18. Employees who work over 10 hours in a shift are entitled to a second meal break.  I have also reviewed data available to determine instances when a shift was over 10 hours and the Class member did not have a second meal break, this resulted in 887 instances.

**Violation of California Labor Code § 226 – Failure to Provide**

**Accurate Itemized Wage Statements**

19. An employee that suffers as a result of a knowing or intentional failure to provide an accurate, itemized wage statement are entitled to recover damages of $50 for the initial pay period in which a violation occurs, and $100 per employee for each violation in a subsequent pay period, not to exceed $4,000 per employee.  Post certification, I could quantify the number of violations each employee incurred per pay period, and determine the amount of penalties associated with accurate itemized wage statements.

**Other Damages/Penalties**

20. As I receive additional data, including pay records for the remainder of the Class members, I intend to quantify California Labor Code violations and applicable damages utilizing the same methodology and process identified above. At the time of trial, I also intend to quantify damages and penalties associated with claims such as failure to pay all wages due upon ending of employment. To calculate damages related to the failure to pay all wages due upon ending of employment, I would calculate each employee's average daily pay rate by 30 days, the amount of days the California Labor Code permits. Additionally, once I receive the final termination dates and final paycheck issuance dates for all class members, I can and will also calculate the final pay claims based on the theory that final paychecks were not timely issued by presenting calculations based on the amount of time that lapsed between each class members' final day and the date their final paycheck was issued. I may also present additional damage models and calculations based on the electronic data and/or the number of work orders and work order data I receive regarding the types and locations of jobs performed by the class members.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 6th day of September, 2024 at San Diego, California.

_____
Heather H. Xitco, CPA, MBA, CFF
Dolan Xitco

# Exhibit A



# Heather H. Xitco, MBA, CPA, CFF

401 West A Street, Suite 710
San Diego, California 92101
Phone: 619.400.8460
Email: hxitco@dolanxitco.com

Heather H. Xitco, MBA, CPA, CFF, offers her clients more than 30 years of experience applying accounting, financial, and economic principles to the litigation process.

Ms. Xitco provides accounting and economic research, analysis, consultation, and opinions in diverse project assignments venued in Federal, State Superior Courts and arbitration.

Her experience includes providing discovery assistance, causation analysis, and damage quantification in partnership disputes, lost profits, severe personal injury, wrongful death, medical malpractice, wage and hour disputes, employment, breach of contract, as well as forensic accounting matters.

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2011 to present | **Dolan\|Xitco** | Principal |
| 2006-2011 | **LECG** | Director |
| 1996–2006 | **Mack\|Barclay Inc.** | Shareholder |
| 1992–1996 | **Nigro, Karlin & Segal** | |

## EDUCATION

Master of Business Administration, University of San Diego
    Emphasis in Finance and Management

Bachelor of Arts in Economics, University of Southern California

## CERTIFICATIONS AND PROFESSIONAL MEMBERSHIPS

Certified Public Accountant, California
California Society of Certified Public Accountants
American Institute of Certified Public Accountants
Certified in Financial Forensics
National Association of Forensic Economics
National Association for Business Economics
American Academy of Economic and Financial Experts

# Exhibit B

# Heather H. Xitco, MBA, CPA, CFF
## Deposition, Arbitration and Trial Testimony (4 Years Prior)
Page 1 of 8

| Date | Case Name | Venue | Testimony | Case # |
|---|---|---|---|---|
| 08/30/24 | Webster v. Regents | LA Superior | Deposition | 22STCV30740 |
| 08/27/24 | Levine v. Mathews | NV Superior | Report | A-23-866870 |
| 08/22/24 | Romero v. Uhaul | LA Superior | Trial | 21STCV23492 |
| 08/22/24 | Kopacz v. Speece MD | Fresno | Trial | 21CECG02707 |
| 08/21/24 | Rios v. Uber | NV Superior | Report | A-23-879083-C |
| 08/16/24 | Lindgren v. Kan | SD Superior | Deposition | 37-2021-00000343 |
| 08/15/24 | Jolicoeur v. Gilead Sciences | OC Superior | Deposition | 30-2022-01290266 |
| 08/14/24 | Vernon v. Kaiser | Arbitration | Arbitration | 18005 |
| 08/12/24 | Cummins v. NCPD | SD Superior | Deposition | 37-2022-00004671 |
| 08/07/24 | Janowski v. Carver | SD Superior | Deposition | 37-2022-00037943 |
| 07/31/24 | Kopacz v. Speece MD | Fresno | Deposition | 21CECG02707 |
| 07/30/24 | Coronado v. Kaiser | Arbitration | Deposition | |
| 07/26/24 | McIntire v. Hawaiian Electric | HI Superior | Report | 2CCV-23-0000228 |
| 07/26/24 | Gomes v. Hawaiian Electric | HI Superior | Report | 2CCV-23-0000225 |
| 07/26/24 | White v. Hawaiian Electric | HI Superior | Report | 2CCV-23-0000226 |
| 07/25/24 | Apo v. Hawaiian Electric | HI Superior | Report | 2CCV-23-0000227 |
| 07/24/24 | Emmett v. Mountainview | NV Superior | Report | A-22-848483-C |
| 07/11/24 | Avagyan v. Lyft | LA Superior | Deposition | 20STCV44666 |
| 07/08/24 | Curry v. Meyers | SLO Superior | Trial | 20CV-0262 |
| 07/03/24 | Corona v. USA | Federal - Southern | Report | 23:CV-00997 |
| 06/19/24 | Shifrin v. Strata | Arbitration | Declaration | 5240000045 |
| 06/14/24 | Corman v. Weinstock | Arbitration | Deposition | 22STCV12762 |
| 05/28/24 | Kovacs v. Shabdiz | OC Superior | Trial | 30-2021-01204685 |
| 05/20/24 | Chamis v. Prokupek | LA Superior | Deposition | 21STCV37567 |
| 05/20/24 | Sorensen v. Penny Electric | NV Superior | Report | A-22-858053-C |
| 05/16/24 | Camara v. Irvine Sensors | OC Superior | Deposition | 30-2021-01204685 |
| 05/02/24 | Broderson v. G2 | SD Superior | Deposition | 37-2022-00046986 |
| 04/30/24 | Connell v. Cox | Federal - Southern | Deposition | 23-cv-1026-W-DDL |
| 04/29/24 | Baxter v. American Medical Response | NV Superior | Report | A-22-847447-C |
| 04/18/24 | Shifrin v. Strata | Arbitration | Declaration | 5240000045 |
| 04/09/24 | Cherkas v. Hakkasan | NV Superior | Report | A-21-841342-C |
| 04/07/24 | Miller v. Kaidi | OC Superior | Deposition | 30-2022-01292250 |
| 04/05/24 | Payne v. Asbestos | Federal - Eastern | Deposition | 2:20-cv-01198 |
| 04/04/24 | Curry v. Meyers | SLO Superior | Deposition | 20CV-0262 |
| 04/03/24 | Cherkas v. Hakkasan | NV Superior | Report | A-22-857500 |
| 04/02/24 | Chalia v. Hemangi | LA Superior | Declaration | 21STCV23846 |
| 03/29/24 | Connell v. Cox | Federal - Southern | Report | 23-cv-1026-W-DDL |
| 03/22/24 | Borman v. APX | Arbitration | Report | 5220001061 |
| 03/21/24 | Tweedy v. ScentAir | Federal - Central | Report | 8:23-CV-00497 |
| 03/13/24 | Gambardella v. Glick | Arbitration | Arbitration | 30-2021-01192490 |
| 03/11/24 | Cherkas v. Hakkasan | NV Superior | Report | A-21-841342-C |
| 03/11/24 | Taylor v. Charter Communications | Arbitration | Deposition | 1-23-0000-0413 |
| 03/08/24 | Gallegos v. Emanate | LA Superior | Trial | 23STCV11090 |
| 03/05/24 | Emery v. CVS | NV Superior | Report | 2:23-cv-00360 |
| 03/04/24 | Herrera v. Securitas | SD Superior | Trial | 37-2017-00007771 |
| 03/01/24 | Voage v. Soumekh | Federal - Central | Report | 3:21-CV-00420 |
| 02/27/24 | Busalacchi-Ryder v. Solana Beach | SD Superior | Trial | 37-2022-00010632 |
| 02/14/24 | Merlo v. Wilkie | Federal - Central | Trial | cv-05078 |
| 02/13/24 | Gallegos v. Emanate | LA Superior | Deposition | 23STCV11090 |
| 02/13/24 | Gambardella v. Glick | Arbitration | Deposition | 30-2021-01192490 |
| 02/13/24 | Commodity v. Gilleon | SD Superior | Trial | 37-2017-00020561 |
| 02/12/24 | Alba v. Skjervem | LA Superior | Deposition | 21STCV19870 |
| 02/07/24 | Suarez v. AADG | SB Superior | Deposition | CIVSB2107344 |
| 02/07/24 | Whittington v. Jackson | OC Superior | Trial | 30-2019-01052108 |

# Heather H. Xitco, MBA, CPA, CFF
## Deposition, Arbitration and Trial Testimony (4 Years Prior)
Page 2 of 8

| Date | Case Name | Venue | Testimony | Case # |
|---|---|---|---|---|
| 08/30/24 | Webster v. Regents | LA Superior | Deposition | 22STCV30740 |
| 08/27/24 | Levine v. Mathews | NV Superior | Report | A-23-866870 |
| 08/22/24 | Romero v. Uhaul | LA Superior | Trial | 21STCV23492 |
| 08/22/24 | Kopacz v. Speece MD | Fresno | Trial | 21CECG02707 |
| 02/06/24 | Lopez v. Desert Valley | SB Superior | Deposition | CIVSB2119530 |
| 01/29/24 | Roldan v. Sonesta | Federal - Central | Report | 2:23-CV-04867 |
| 01/25/24 | Busalacchi-Ryder v. Solana Beach | SD Superior | Deposition | 37-2022-00010632 |
| 01/25/24 | Model v. BMW | LA Superior | Deposition | 19STCV23109 |
| 01/24/24 | Medrano v. Shippers Transport | LA Superior | Deposition | 21STCV09224 |
| 01/23/24 | Commodity v. Gilleon | SD Superior | Deposition | 37-2017-00020561 |
| 01/22/24 | Thunberg v. SDUSD | SD Superior | Trial | 37-2019-00068389 |
| 01/18/24 | Shifrin v. Strata | Arbitration | Arbitration | 5240000045 |
| 01/17/24 | Vahedi v. Kaiser | Arbitration | Arbitration | 17679 |
| 01/16/24 | Payne v. Asbestos | Federal - Eastern | Report | 2:20-cv-01198 |
| 01/10/24 | Bardakjian v. Corona Regional | Riverside Superior | Trial | RIC2001799 |
| 01/02/24 | Durham v. Winegarden | Santa Clara | Deposition | 20CV369768 |
| 12/27/23 | Shifrin v. Strata | Arbitration | Deposition | 5240000045 |
| 12/20/23 | Bardakjian v. Corona Regional | Riverside Superior | Deposition | RIC2001799 |
| 12/18/23 | Saubert v. Hernandez | NV Superior | Deposition | A-21-845577-C |
| 12/13/23 | Yphantides, MD. v. County of SD | Federal - Southern | Trial | 3:21-CV-01575 |
| 12/08/23 | Merlo v. Wilkie | Federal - Central | Report | cv-05078 |
| 12/05/23 | Gatchalian v. Kaiser | LA Superior | Trial | 21STCV15300 |
| 12/04/23 | Thunberg v. SDUSD | SD Superior | Deposition | 37-2019-00068389 |
| 12/01/23 | Gregor v. Klippenstein | LA Superior | Deposition | 19STCV04843 |
| 11/27/23 | Reddick v. HP | Federal - Georgia | Deposition | 1:20-CV-04597 |
| 11/16/23 | Chokshi v. J.F. Shea Construction | LA Superior | Deposition | 21STCV33223 |
| 11/14/23 | Siciliano di Rende v. Language | Riverside Superior | Trial | CVRI2201242 |
| 11/14/23 | Arnold v. Lazer Spot | Riverside Superior | Deposition | RIC2001799 |
| 11/08/23 | S&J v. Interinsurance | SD Superior | Deposition | 37-2018-00006964 |
| 11/06/23 | Feld v. Hayes | SD Superior | Deposition | 37-2020-00024406 |
| 11/03/23 | Sternfels v. Costco | NV Superior | Report | A-22-849499-C |
| 11/01/23 | Lundstrom v. Ligand | Federal - Southern | Deposition | 3:18-CV-02856 |
| 10/16/23 | Meza v. ESA | Federal - Central | Report | 2:22-CV-04188 |
| 10/10/23 | De La Cruz v. McDonald's | NV Superior | Report | |
| 09/27/23 | Doe v. Facey Medical | LA Superior | Deposition | 21STCV16028 |
| 09/27/23 | Siciliano di Rende v. Language | Riverside Superior | Deposition | CVRI2201242 |
| 09/25/23 | Price v. Holy Cross | Boward County | Deposition | 21-009955 |
| 9/19-9/20/23 | Lutteroth v. Paula | SD Superior | Trial | 37-2018-00062910 |
| 09/14/23 | Reddick v. HP | Federal - Georgia | Report | 1:20-CV-04597 |
| 09/12/23 | Uptown v. McComas | SD Superior | Trial | 37-2021-00004381 |
| 08/29/23 | Villalpando v. Department of State Hospitals | SB Superior | Deposition | CIVDS2018655 |
| 08/28/23 | Cliffford v. Glenn | SD Superior | Trial | 37-2018-00063889 |
| 08/24/23 | Camarena v. CRBE | NV Superior | Report | A-20-819565-C |
| 08/22/23 | Saubert v. Hernandez | NV Superior | Report | A-21-845577-C |
| 08/22/23 | Lundstrom v. Ligand | Federal - Southern | Report | 3:18-CV-02856 |
| 08/17/23 | Ponce v. County of LA | LA Superior | Deposition | 21STCV16028 |
| 08/15/23 | Driscoll v. Sinha | Riverside Superior | Trial | MCC1900582 |
| 08/11/23 | Camarena v. CRBE | NV Superior | Reports | A-20-819565-C |
| 08/09/23 | Boulton v. City of San Diego | SD Superior | Deposition | 37-2022-00012065 |
| 08/09/23 | Hill v. MODOT | MO Superior | Deposition | 1822-CC11782 |
| 08/08/23 | Avey v. Reyes | SD Superior | Deposition | 37-2021-00039952 |
| 08/07/23 | Lutteroth v. Paula | SD Superior | Deposition | 37-2018-00062910 |
| 07/26/23 | Photias v. Back Nine Greens | Riverside Superior | Declaration | CVRI2100544 |
| 07/24/23 | Romero v. Uhaul | LA Superior | Deposition | 21STCV23492 |

| Date | Case Name | Venue | Testimony | Case # |
|---|---|---|---|---|
| 08/30/24 | Webster v. Regents | LA Superior | Deposition | 22STCV30740 |
| 08/27/24 | Levine v. Mathews | NV Superior | Report | A-23-866870 |
| 08/22/24 | Romero v. Uhaul | LA Superior | Trial | 21STCV23492 |
| 08/22/24 | Kopacz v. Speece MD | Fresno | Trial | 21CECG02707 |
| 07/21/23 | Uptown v. McComas | SD Superior | Deposition | 37-2021-00004381 |
| 07/13/23 | Arenas v. Shell Oil | SD Superior | Deposition | 37-2021-00025769 |
| 07/10/23 | Hernandez v. Patterson | SD Superior | Trial | 37-2020-00039996 |
| 07/10/23 | Collantes v. Asbestos | LA Superior | Trial | BC475956 |
| 07/10/23 | Collantes v. Asbestos | LA Superior | Deposition | BC475956 |
| 07/06/23 | Gamero v. Haim | LA Superior | Deposition | STCV10002 |
| 06/27/23 | Herrera v. Securitas | SD Superior | Deposition | 37-2017-00007771 |
| 06/22/23 | Gatchalian v. Kaiser | LA Superior | Deposition | 21STCV15300 |
| 06/16/23 | Hernandez v. MRB | LA Superior | Declaration | 20STCV17331 |
| 06/14/23 | Posekany v. Reliable | Cook County | Report | 2019 L 003842 |
| 06/13/23 | Kim v. Montoya | LA Superior | Deposition | 21STCV17191 |
| 06/06/23 | Chavez v. Parrott, et al | LA Superior | Deposition | BC701108 |
| 06/05/23 | LoanCare v. DMI | OC Superior | Trial | 30-2021-01183151 |
| 05/23/23 | Sloan Pink v. Safari | OC Superior | Deposition | 30-2020-01146671 |
| 05/18/23 | Camacho v. Berger | LA Superior | Deposition | 19STCV29787 |
| 05/11/23 | Horton v. Orange County | OC Superior | Deposition | 30-2021-01200267 |
| 05/09/23 | Lutteroth v. Paula | SD Superior | Trial | 37-2018-00062910 |
| 04/28/23 | Beyenhof v. Schwan's Consumer | Federal - Central | Deposition | 2:22-cv-00192 |
| 04/26/23 | Shepherd v. US Foods | SD Superior | Deposition | 37-20251-00002368 |
| 04/17/23 | Doe, Jane STAA v. SAUSD | OC Superior | Deposition | 30-2020-01161967 |
| 04/14/23 | Brown George Ross v. Moradi | Arbitration | Arbitration | |
| 04/12/23 | Cliffford v. Glenn | SD Superior | Deposition | 37-2018-00063889 |
| 04/12/23 | Gutierrez v. Kaiser | Arbitration | Arbitration | 16866 |
| 04/06/23 | LoanCare v. DMI | OC Superior | Deposition | 30-2021-01183151 |
| 04/03/23 | Goetsch v. State of CA, et al | LA Superior | Deposition | BC661839 |
| 03/31/23 | Miyamoto v. Systems | LA Superior | Deposition | BC681937 |
| 03/29/23 | Gonzales v. Stater Bros | SB Superior | Deposition | CIVDS1926446 |
| 03/23/23 | Camacho v. Dominos | SD Superior | Deposition | 37-2021-00020790 |
| 03/21/23 | Madrid v. Whang | LA Superior | Trial | 20STCV17626 |
| 03/07/23 | Madrid v. Whang | LA Superior | Deposition | 20STCV17626 |
| 03/02/23 | Lutteroth v. Paula | SD Superior | Deposition | 37-2018-00062910 |
| 03/02/23 | Maas v. MBC | SD Superior | Trial | 37-2019-00032336 |
| 03/01/23 | Meeks v. Thibqut | SD Superior | Deposition | 37-2020-00024294 |
| 02/27/23 | Navarro v. American Scaffolding Holdings | Federal - Southern | Report | 21CV0248 |
| 02/22/23 | RTI et al v. GNC | Arbitration | Declaration | 21-0272-A |
| 02/21/23 | Williams v. Khalid, MD | SD Superior | Trial | 37-2016-00033014 |
| 02/21/23 | Beyenhof v. Schwan's Consumer | Federal - Central | Report | 2:22-cv-00192 |
| 02/15/23 | Rodriguez v. Prime | SD Superior | Trial | 37-2019-00030926 |
| 02/14/23 | Saifudeen v. Ralphs, et al. | LA Superior | Deposition | BC719286 |
| 02/06/23 | Palmerin v. Costco | Federal - Southern | Deposition | 5:20-cv-02134 |
| 02/03/23 | Arguedas v. Carson | Federal - Southern | Deposition | 20CV2044 |
| 02/02/23 | Crayton v. Dudzik | SD Superior | Deposition | 37-2021-00001934 |
| 02/01/23 | Arguedas v. Carson | Federal - Southern | Report | 20CV2044 |
| 01/30/23 | Lebron v. Estiben | LA Superior | Trial | 20STCV17129 |
| 01/30/23 | Vargas v. Yanovitch, et al. | SD Superior | Deposition | 37-2021-00001344 |
| 01/26/23 | Phelps v. Regenerative Medical | SD Superior | Deposition | 30-2017-00936237 |
| 01/26/23 | Hernandez v. Ecolab, Inc. | Federal - Minnesota | Report | 20-CV-01389 |
| 01/24/23 | Morfin v. O'Reilly | Federal - Southern | Report | 3:22-CV-00336 |
| 01/20/23 | Wright v. Kaiser | Arbitration | Arbitration | 17207 |
| 01/19/23 | Davis v. Vanstrum | SD Superior | Deposition | 37-2020-00022844 |

| Date | Case Name | Venue | Testimony | Case # |
|---|---|---|---|---|
| 08/30/24 | Webster v. Regents | LA Superior | Deposition | 22STCV30740 |
| 08/27/24 | Levine v. Mathews | NV Superior | Report | A-23-866870 |
| 08/22/24 | Romero v. Uhaul | LA Superior | Trial | 21STCV23492 |
| 08/22/24 | Kopacz v. Speece MD | Fresno | Trial | 21CECG02707 |
| 01/17/23 | Garsson v. Regents | SD Superior | Deposition | 37-2019-00039539 |
| 01/17/23 | Lebron v. Estiben | LA Superior | Deposition | 20STCV17129 |
| 01/13/23 | Rodriguez v. Prime | SD Superior | Deposition | 37-2019-00030926 |
| 01/02/23 | Arguedas v. Carson | Federal - Southern | Report | 20CV2044 |
| 12/20/22 | Davina v. County of San Diego | SD Superior | Trial | 37-2021-00011690 |
| 12/19/22 | Arguedas v. Carson | Federal - Southern | Report | 20CV2044 |
| 12/19/22 | Navarro v. American Scaffolding Holdings | Federal - Southern | Report | 21CV0248 |
| 12/13 & 12/14/2022 | Bomatic v. Milicron | Federal - Southern | Trial | 17CV1543 |
| 12/13/22 | Childs v. Polansky | SD Superior | Trial | 37-2019-00040629 |
| 11/22/22 | Childs v. Polansky | SD Superior | Deposition | 37-2019-00040629 |
| 11/21/22 | Yphantides, MD. V. County of SD | Federal - Southern | Deposition | 3:21-CV-01575 |
| 11/04/22 | Rosario v. Field | OC Superior | Deposition | 30-2019-01072722 |
| 11/02/22 | LaFleur v. Gladwell | Farmington Superior | Report | 21070072 |
| 10/31/22 | Frakes v. McLane | SB Superior | Deposition | CIVDS2022117 |
| 10/27/22 | Yphantides, MD. V. County of SD | Federal - Southern | Report | 3:21-CV-01575 |
| 10/20/22 | Ford, et al. v. Boeing | King County Superior | Report | 20-2-04771-6 |
| 10/13/22 | Filippone v. THRYV | Federal - Southern | Deposition | 3:22-cv-00017 |
| 09/30/22 | Espana v. Kaiser | Arbitration | Arbitration | 16859 |
| 09/28/22 | Rosario v. Field | OC Superior | Deposition | 30-2019-01072722 |
| 09/23/22 | Compton v. USA | Federal - Southern | Report | 21CV00196 |
| 09/21/22 | Benham v. USA Waste of California | SD Superior | Trial | 37-2020-00027073 |
| 09/14/22 | Andreeff v. Kaiser | Arbitration | Arbitration | |
| 09/13/22 | Lavrenz v. CLR | SD Superior | Declaration | 37-2019-00049456 |
| 09/07/22 | Hendricks v. Horizons | OC Superior | Deposition | 30-2020-01147093 |
| 09/02/22 | Zuniga v. Buckingham | SD Superior | Deposition | 37-2019-00002624 |
| 08/30/22 | Mabvax v. Honig, et al | SD Superior | Deposition | 37-2019-00018398 |
| 08/23/22 | RTI et al v. GNC | Arbitration | Arbitration | 21-0272-A |
| 08/18/22 | Filippone v. THRYV | Federal - Southern | Report | 3:22-cv-00017 |
| 08/10/22 | Davina v. County of San Diego | SD Superior | Deposition | 37-2021-00011690 |
| 08/10/22 | Brillantes et al v. Pacific Bell | Arbitration | Arbitration | |
| 08/09/22 | Tovar v. Posner | OC Superior | Trial | 30-2017-00909449 |
| 08/03/22 | Kaura v. Borton Petrini | Riverside Superior | Deposition | RIC1824301 |
| 07/28/22 | Self v. Perspecta | Federal - Southern | Deposition | 3:21-CV-01230 |
| 07/20/22 | RTI et al v. GNC | Arbitration | Report | 21-0272-A |
| 07/18/22 | Harris v. Magoun | SB Superior | Deposition | 20CV01724 |
| 07/14/22 | Brillantes et al v. Pacific Bell | Arbitration | Deposition | |
| 07/01/22 | Gutierrez v. Kaiser | Arbitration | Deposition | 16866 |
| 06/27/22 | Self v. Perspecta | Federal - Southern | Report | 3:21-CV-01230 |
| 06/17/22 | Emrani v. Goodman | SD Superior | Deposition | 37-2019-00013325 |
| 06/10/22 | Peters v. Swift Transportation | Federal - Las Vegas | Report | 2:19-CV-00874 |
| 06/09/22 | Jacobs v. SDGE | Arbitration | Deposition | 1240024379 |
| 06/09/22 | Powell v. Wilson | San Bernardino Superior | Deposition | CIVDS1604946 |
| 06/07/22 | Brooks v. CoreCivic | Federal - Southern | Deposition | 3:20-CV-00994 |
| 06/07/22 | Arnold v. CoreCivic | Federal - Southern | Deposition | 3:20-CV-809 |
| 06/07/22 | Smith v. CoreCivic | Federal - Southern | Deposition | 3:20-CV-808 |
| 06/02/22 | Gonzalez v. Anthony | SD Superior | Trial | 37-2018-00018053 |
| 06/02/22 | Sherlock v. Goodyear | Federal - Central | Deposition | 2:22-CV-00426 |
| 06/01/22 | Benham v. USA Waste of California | SD Superior | Deposition | 37-2020-00027073 |
| 05/25/22 | CardFlex v. BlueSquare, et al. | Arbitration | Report | 01-21-0003-9473 |
| 05/24/22 | Munoz v. Kaiser | Arbitration | Arbitration | 17705 |

| Date | Case Name | Venue | Testimony | Case # |
|---|---|---|---|---|
| 08/30/24 | Webster v. Regents | LA Superior | Deposition | 22STCV30740 |
| 08/27/24 | Levine v. Mathews | NV Superior | Report | A-23-866870 |
| 08/22/24 | Romero v. Uhaul | LA Superior | Trial | 21STCV23492 |
| 08/22/24 | Kopacz v. Speece MD | Fresno | Trial | 21CECG02707 |
| 05/24/22 | Gonzales v. Schiffahrtsgesell | Federal - Central | Report | 21-CV-03736 |
| 05/17/22 | Bidye v. UMA Enterprises | LA Superior | Trial | BC717934 |
| 05/09/22 | Ayers v. Goliath Steel | Riverside Superior | Deposition | 2100111 |
| 05/02/22 | Munoz v. Kaiser | Arbitration | Deposition | 17705 |
| 04/26/22 | Espana v. Kaiser | Arbitration | Deposition | 16859 |
| 04/22/22 | Cox v. Ecolab, Inc. | Federal - Minnesota | Report | 20-CV-00959 |
| 04/22/22 | Sigler v. Ecolab, Inc. | Federal - Minnesota | Report | 20-CV-01389 |
| 04/21/22 | Deering v. Advocate Health | IL Superior | Deposition | 2017-L-011042 |
| 04/15/22 | Robinson v. Kia | LA Superior | Declaration | 18STCV02430 |
| 04/11/22 | Gendelman v. Kaiser | Arbitration | Deposition | 15422 |
| 04/07/22 | Brooks v. CoreCivic | Federal - Southern | Report | 3:20-CV-00994 |
| 04/07/22 | Arnold v. CoreCivic | Federal - Southern | Report | 3:20-CV-809 |
| 04/07/22 | Smith v. CoreCivic | Federal - Southern | Report | 3:20-CV-808 |
| 04/06/22 | Cadwallader v. Kaiser | Arbitration | Deposition | 16148 |
| 04/05/22 | Barron v. AT&T | SD Superior | Deposition | 37-2020-00042836 |
| 04/04/22 | Dotter v. Anewalt | SD Superior | Deposition | 37-2018-00034853 |
| 04/04/22 | Kaplan v. Kaplan | Arbitration | Deposition | |
| 04/04/22 | Leonard v. KFMB-TV | Federal - Southern | Report | 12CV00334 |
| 04/01/22 | Rosales v. County of San Diego | Federal - Southern | Report | 19cv2303 |
| 03/31/22 | Maas v. MBC | SD Superior | Deposition | 37-2019-00032336 |
| 03/30/22 | Vargas v. Kaiser | Arbitration | Arbitration | 16609 |
| 03/29/22 | EDS v. Lawrence, et al | SD Superior | Trial | 37-2019-00048004 |
| 03/24/22 | Drago v. Petersen | LA Superior | Deposition | 20STCV34747 |
| 03/23/22 | Peters v. Swift Transportation | Federal - Las Vegas | Deposition | 2:19-CV-00874 |
| 03/23/22 | Maas v. MBC | SD Superior | Deposition | 37-2019-00032336 |
| 03/17/22 | Santos v. Azzura HOA | LA Superior | Deposition | 18STCV02344 |
| 03/16/22 | Sherlock v. Goodyear | Federal - Central | Report | 2:22-CV-00426 |
| 3/10 & 3/14/22 | Horner v. Leone et al. | SD Superior | Trial | 37-2015-00021309 |
| 03/08/22 | Smith v. McGraw | SD Superior | Trial | 37-2018-00019903 |
| 03/04/22 | Estrella v. Knight Transportation, et al. | Federal - Central | Report | 5:21-CV-00248 |
| 02/15/22 | Michon v. Ott, MD | SD Superior | Deposition | 37-2019-00032370 |
| 02/09/22 | Smith v. McGraw | SD Superior | Deposition | 37-2018-00019903 |
| 02/09/22 | Golunova v. Akhromstev et al | SF Superior | Deposition | CGC-19-577637 |
| 02/07/22 | Lopes v. Quality Central, et al. | SD Superior | Deposition | 37-2020-00027217 |
| 02/02/22 | Choi v. Emile-Geay, et al | LA Superior | Deposition | 20STCV31904 |
| 01/25/22 | Larison v. Buckingham Manufacturing | LA Superior | Deposition | 19STCV03091 |
| 01/24/22 | Shaw v. DePhillips | Federal - Southern | Report | 20CV2528 |
| 01/24/22 | Reggev v. Brius Management | LA Superior | Deposition | 18STCV08773 |
| 01/21/22 | Coles v. Sharp et al | Arbitration | Deposition | |
| 01/05/22 | Flanary v. 7-Eleven et al. | LA Superior | Deposition | 19STCV10648 |
| 01/03/22 | Evers v. UPRR | Circuit Court - Illinois | Report | 2017 L 007998 |
| 12/29/21 | Drago v. Petersen | LA Superior | Declaration | 20STCV34747 |
| 12/22/21 | S.D. v. County of San Bernadino | San Bernardino Superior | Deposition | CIVDS 1709124 |
| 12/22/21 | Peters v. Swift Transportation | Federal - Las Vegas | Report | 2:19-CV-00874 |
| 12/22/21 | Ranus v. Goyne | San Bernardino Superior | Deposition | CIVDS1508517 |
| 12/21/21 | Sanchez v. City of Long Beach | LA Superior | Deposition | BC689551 |
| 12/21/21 | Weiss v. Bolt | Stanislaus Cty Superior | Deposition | CV19000402 |
| 12/15/21 | KJP v. County of San Diego et al | Federal - Southern | Declaration | 3:15-CV-2692 |
| 12/13/21 | Lopez, Alberto v. Smiths Detection, Inc. | Federal - Central | Report | 3:20-CV-01453 |
| 12/09/21 | Del Carmen v. USA | Federal - Guam | Report | 18-00035 |

| Date | Case Name | Venue | Testimony | Case # |
|---|---|---|---|---|
| 08/30/24 | Webster v. Regents | LA Superior | Deposition | 22STCV30740 |
| 08/27/24 | Levine v. Mathews | NV Superior | Report | A-23-866870 |
| 08/22/24 | Romero v. Uhaul | LA Superior | Trial | 21STCV23492 |
| 08/22/24 | Kopacz v. Speece MD | Fresno | Trial | 21CECG02707 |
| 12/09/21 | Williams v. Kaiser | LA Superior | Deposition | 19AVCV00157 |
| 12/03/21 | Minton v. Theriot, MD | LA Superior | Trial | BC617344 |
| 12/01/21 | Morgan v. Kaiser | Arbitration | Arbitration | 16553 |
| 12/01/21 | Reinlein v. Nye | NV Superior | Report | CV20-0446 |
| 11/29/21 | Winton v. CalTrans et al | San Mateo Superior | Deposition | 20-CIV-03694 |
| 11/22-11/23/21 | Conrado v. CLS | San Bernardino Superior | Trial | CIVDS1723453 |
| 11/22/21 | Isdahl v. Phillips & Jordan | Arbitration | Arbitration | 19CV000207 |
| 11/11/21 | Dotter v. Anewalt | SD Superior | Deposition | 37-2018-00034853 |
| 11/08/21 | Kalfayan v. Kaiser | SD Superior | Deposition | 37-2019-00061739 |
| 11/03/21 | Vargas v. Kaiser | Arbitration | Deposition | 16609 |
| 10/28/21 | Rimel's v. San Diego Ballpark | SD Superior | Trial | 37-2018-00004940 |
| 10/28/21 | Barker v. Kaiser | Arbitration | Arbitration | 16619 |
| 10/28/21 | Alampally v. Axos Bank | Arbitration | Deposition | |
| 10/25/21 | Welsh v. Mission Gorge | SD Superior | Trial | 37-2018-00023622 |
| 10/25/21 | Foskaris-Aust v. Kaiser | Arbitration | Arbitration | 16484 |
| 10/22/21 | Arlata v. Target | Federal - Southern | Report | 20-CV-2392 |
| 10/21/21 | Silver v. Kaiser | Arbitration | Arbitration | 15724 |
| 10/14/21 | Newsome v. Axos Bank | Federal - Southern | Report | |
| 10/13/21 | Minton v. Theriot, MD | LA Superior | Deposition | BC617344 |
| 10/13/21 | Doe v. Riverside et al | LA Superior | Deposition | CIVDS1912552 |
| 10/11/21 | Gemelli v. Dahlen | LA Superior | Deposition | 20STCV00091 |
| 10/07/21 | Camacho v. Nestle USA | TX Superior | Report | 2020-41754 |
| 10/06/21 | Weisbord v. Turtle Beach | SD Superior | Trial | 37-2017-00014483 |
| 09/30/21 | Lowe v. City of Carlsbad | SD Superior | Deposition | 37-2018-00040531 |
| 09/29/21 | Foskaris-Aust v. Kaiser | Arbitration | Deposition | 16484 |
| 09/28/21 | Alampally v. Axos Bank | Arbitration | Report | |
| 09/24/21 | Mercado v. Kaiser | Arbitration | Arbitration | |
| 09/23/21 | Weisbord v. Turtle Beach | SD Superior | Deposition | 37-2017-00014483 |
| 09/22/21 | Sandoval v. HMC Group | LA Superior | Deposition | BC626714 |
| 09/22/21 | Baker v. Caltrans | OC Superior | Deposition | 30-2018-00976148 |
| 09/01/21 | Mercado v. Kaiser | Arbitration | Deposition | |
| 08/30/21 | Merlo v. Wilkie | Federal - Central | Deposition | cv-05078 |
| 08/26/21 | Chaaban v. Rababy | SD Superior | Trial | 37-2019-00031993 |
| 08/25/21 | Rimel's v. San Diego Ballpark | SD Superior | Deposition | 37-2018-00004940 |
| 08/24/21 | Ding v. Fidler | SF Superior | Deposition | CGC-19-580455 |
| 08/23/21 | Sweet v. Burtech Pipeline | SD Superior | Deposition | 37-2020-00002404 |
| 08/16/21 | Chaaban v. Rababy | SD Superior | Deposition | 37-2019-00031993 |
| 08/12/21 | Taleghani v. Kaiser | Arbitration | Arbitration | 16795 |
| 08/12/21 | Kramer v. USA | Federal - Northern | Report | CV-03843 |
| 08/12/21 | Luna v. JFC International, Inc | LA Superior | Deposition | 19STCV26374 |
| 08/05/21 | Bonafede v. Kaiser | Arbitration | Arbitration | |
| 08/02/21 | Mejia v. USA | Federal - Central | Report | 5:20-cv-01166 |
| 08/02/21 | Restivo v. Lhoist North America | Federal - Nevada | Report | 2:20-cv-00820 |
| 07/28/21 | Lorenzana v. Sajahtera, Inc. | Arbitration | Arbitration | |
| 07/27/21 | Bonafede v. Kaiser | Arbitration | Deposition | |
| 07/27/21 | EDS v. Lawrence, et al | SD Superior | Deposition | 37-2019-00048004 |
| 07/20/21 | Lorenzana v. Sajahtera, Inc. | Arbitration | Deposition | |
| 07/19/21 | Welsh v. Mission Gorge | SD Superior | Deposition | 37-2018-00023622 |
| 07/19/21 | Merlo v. Wilkie | Federal - Central | Report | cv-05078 |
| 07/15/21 | RetroVirox v. The Scripps Research Institute | SD Superior | Trial | 37-2018-00040727 |

| Date | Case Name | Venue | Testimony | Case # |
|---|---|---|---|---|
| 08/30/24 | Webster v. Regents | LA Superior | Deposition | 22STCV30740 |
| 08/27/24 | Levine v. Mathews | NV Superior | Report | A-23-866870 |
| 08/22/24 | Romero v. Uhaul | LA Superior | Trial | 21STCV23492 |
| 08/22/24 | Kopacz v. Speece MD | Fresno | Trial | 21CECG02707 |
| 07/15/21 | Kramer v. USA | Federal - Northern | Report | CV-03843 |
| 07/13/21 | Taleghani v. Kaiser | Arbitration | Deposition | 16795 |
| 06/25/21 | Sanchez v. Singh, MD | OC Superior | Deposition | 30-2019-01060953 |
| 06/21/21 | Jedco v. John Deere | NV Superior | Report | A-19-795297 |
| 06/10/21 | RetroVirox v. The Scripps Research Institute | SD Superior | Deposition | 37-2018-00040727 |
| 06/09/21 | Whitton v. Bagley | NV Superior | Report | A-19-796486 |
| 06/02/21 | Usher v. DirecTV | SD Superior | Deposition | 37-2014-00038321 |
| 06/01/21 | Napoli v. Church's Chicken | SD Superior | Trial | 37-2019-00041714 |
| 05/24/21 | McAllister v. USA | Federal - Southern | Report | CV-01490 |
| 05/20/21 | Grano v. Sodexo et al | Federal - Southern | Deposition | CV-01818/CV-01907 |
| 05/12/21 | Leonard v. KFMB-TV | Federal - Southern | Deposition | 12CV00334 |
| 04/27/21 | Trakimas v. Altitude Franchising, et al | SD Superior | Deposition | 37-2018-00020819 |
| 04/14/21 | Azawi, M.D. v. Shulkin | Federal - Central | Report | 2:18-CV-744 FMO |
| 04/13/21 | Keiper v. Victor Valley et al | Federal - Central | Deposition | 15-CV-00703 |
| 04/12/21 | Vera v. Tertzakian MD | OC Superior | Trial | 30-2014-000743732 |
| 04/12/21 | Leonard v. KFMB-TV | Federal - Southern | Report | 20CV1612 |
| 04/07/21 | Wang v. Rapoza MD | OC Superior | Deposition | 30-2018-01036825 |
| 03/31/21 | Borden v. Amazon | Riverside Superior | Deposition | RIC1901390 |
| 03/24/21 | Citizens Development v. County of San Diego, et al. | Federal - Southern | Deposition | 12CV00334 |
| 03/17/21 | Campbell v. Kaiser | Arbitration | Arbitration | 15323 |
| 03/11/21 | Sanchez v. Barraza | LA Superior | Deposition | BC675268 |
| 03/08/21 | Whitton v. Bagley | NV Superior | Report | A-19-796486 |
| 02/24/21 | Keiper v. Victor Valley et al | Federal - Central | Report | 15-CV-00703 |
| 02/17/21 | Keiper v. Victor Valley et al | Federal - Central | Reports | 15-CV-00703 |
| 02/17/21 | Campbell v. Kaiser | Arbitration | Deposition | 15323 |
| 02/16/21 | Clemons v. Jackson & Blanc | SD Superior | Deposition | 37-2019-00020647 |
| 02/10/21 | Soto v. Thai MD | LA Superior | Deposition | 19STCV22060 |
| 01/29/21 | Citizens Development v. County of San Diego, et al. | Federal - Southern | Report | 12CV00334 |
| 01/28/21 | Bomatic v. Milicron | Federal - Southern | Deposition | 17CV1543 |
| 01/22/21 | Grano v. Sodexo et al | Federal - Southern | Reports | CV-01818/CV-01907 |
| 01/21/21 | Allen v. VT Milcon | Federal - Southern | Depostion | 19CV1148 WQHAGS |
| 01/14/21 | Keiper v. Victor Valley et al | Federal - Central | Reports | 15-CV-00703 |
| 01/12/21 | Youn v. Rhee | LA Superior | Deposition | BC704597 |
| 12/30/20 | Fox-Wilson v. Alamo, et al. | Hawaii Superior | Report | 19-1-0412-03 |
| 12/21/20 | Rosak v. Providence | LA Superior | Deposition | 641780 |
| 12/14/20 | Keich v. US Healthworks | SD Superior | Declaration | 37-2017-00015343 |
| 12/09/20 | Bathe v. USA | Federal - Central | Deposition | 20-CV-01574 |
| 12/04/20 | Venegar v. Dignity | San Bernadino Superior | Deposition | 31707026 |
| 11/20/20 | Bomatic v. Milicron | Federal - Southern | Report | 17CV1543 |
| 11/19/20 | ValueRock v. Kimco, et al. | OC Superior | Trial | 30-2016-00878748 |
| 11/18/20 | Servitas v. Traub | NV Superior | Deposition | A-18-786422 |
| 11/12/20 | Gonzalez v. Anthony, MD | SD Superior | Deposition | 37-2018-00018053 |
| 11/10/20 | Wang v. Rapoza MD | OC Superior | Deposition | 30-2018-01036825 |
| 10/29/20 | Deering v. Advocate Health | IL Superior | Deposition | 2017-L-011042 |
| 10/27/20 | Manning v. Kaiser | Arbitration | Arbitration | 16257 |
| 10/23/20 | ValueRock v. Kimco, et al. | OC Superior | Deposition | 30-2016-00878748 |
| 10/20/20 | Allen v. VT Milcon | Federal - Southern | Report | 19CV1148 WQHAGS |
| 10/16/20 | Cre8tive Technology and Design v. Arnhart | Federal - Southern | Report | 3:19-cv-1814 |
| 10/13/20 | Gaxiola v. USA | Federal - Southern | Report | 19-CV-00947 |
| 10/08/20 | Bathe v. USA | Federal - Central | Report | 20-CV-01574 |

| Date | Case Name | Venue | Testimony | Case # |
|---|---|---|---|---|
| 08/30/24 | Webster v. Regents | LA Superior | Deposition | 22STCV30740 |
| 08/27/24 | Levine v. Mathews | NV Superior | Report | A-23-866870 |
| 08/22/24 | Romero v. Uhaul | LA Superior | Trial | 21STCV23492 |
| 08/22/24 | Kopacz v. Speece MD | Fresno | Trial | 21CECG02707 |
| 10/08/20 | Ninteman v. The Dutra Group | Federal - Southern | Report | 3:18-cv-01222 |
| 09/29/20 | Deering v. Advocate Health | IL Superior | Report | 2017-L-011042 |
| 09/16/20 | Ninteman v. The Dutra Group | Federal - Southern | Report | 3:18-cv-01222 |
| 09/16/20 | Belaustegui v. International Longshore and Warehouse | Federal - Central | Deposition | 2:15-CV-009955 |
| 09/10/20 | Chavez v. USA | Federal - Central | Report | 19-04403 JFW |
| 09/10/20 | Chavez v. USA - Williams | Federal - Central | Report | 19-04403 JFW |