UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cv-00380-AJB-MMP<br><br>**ORDER GRANTING IN PART JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br><br>[ECF No. 70] |

　　　　Before the Court is the parties' Joint Motion to Further Amend Scheduling Order Regulating Discovery and Other Pre-trial Proceedings. ECF No. 70. As requested by the parties and for good cause shown, the Court **GRANTS IN PART** the parties' motion.

　　　　Specifically, the Court **GRANTS** the parties' request to continue certain deadlines but **DENIES** the parties' alternative request to vacate deadlines pending the Court's ruling on Plaintiffs' Motion for Class Certification. ECF No. 46.

　　　　The Court sets the following deadlines:

　　　　1.　　The parties must disclose the identity of their respective experts in writing by **August 29, 2025**. The date for the disclosure of the identity of rebuttal experts must be on or before **September 12, 2025**.

　　　　2.　　On or before **October 10, 2025**, each party must comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

1

3. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(c) by **October 24, 2025**.

4. All fact discovery must be completed by all parties on or before **December 5, 2025**. All expert discovery must be completed by all parties on or before **December 5, 2025**.

5. All other dispositive motions, including those addressing *Daubert* issues, must be filed on or before **January 16, 2026**.

6. A Mandatory Settlement Conference will be conducted on **April 3, 2026** at **9:30 a.m.** before Magistrate Judge Michelle M. Pettit. Counsel or any party representing himself or herself must submit confidential settlement briefs directly to the magistrate judge's chambers via email (efile_Pettit@casd.uscourts.gov) by **March 25, 2026**.

7. Counsel must comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **April 16, 2026**.

8. The parties must meet and confer on or before **April 23, 2026** and prepare a proposed pretrial order in the form as set forth in Civ. L. R. 16.1.f.6.

9. Objections to Pre-trial disclosures must be filed no later than **April 30, 2026**.

10. The Proposed Final Pretrial Conference Order as described above must be prepared, served, and lodged with the assigned district judge on or before **May 7, 2026**.

11. The final Pretrial Conference is scheduled on the calendar of the **Honorable Anthony J. Battaglia** on **May 14, 2026** at **2:00 p.m**.

All other provisions and deadlines set forth in the Court's Superseding Scheduling Order (ECF No. 45) remain in effect.

**IT IS SO ORDERED**.

Dated: July 15, 2025

_____
HON. MICHELLE M. PETTIT
United States Magistrate Judge