It look

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>                                              Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC., et al.,<br>                                              Defendants. | Case No.: 23-cv-00380-AJB-MMP<br><br>**ORDER REJECTING PLAINTIFF'S SUBMISSION OF CLASS NOTICE PLAN AND SETTING BRIEFING SCHEDULE**<br><br>**(Doc. No. 91)** |

On October 9, 2025, Plaintiff Cherisha Lovejoy ("Plaintiff") filed a proposed class notice plan for the Court's approval. (Doc. No. 91.) The next day Defendant Transdev Services, Inc. ("Defendant") filed a response notifying the Court that it intends to oppose Plaintiff's submission if the parties cannot reach agreement after further meeting and confer. (Doc. No. 92.) Additionally, Defendant expressed an intent to file a motion to stay the instant action (*id.*), but to date no such motion has been filed.

Plaintiff's submission of a proposed class notice plan violates the Civil Local Rules. *See* CivLR 7.1; CivLR 7.2. Accordingly, the Court rejects Plaintiff's proposed notice plan (Doc. No. 91). The Court further **ORDERS**:

1. **No later than October 31, 2025**, the parties are to meet and confer regarding a class notice plan. The meet and confer must occur in person, via telephone, or by videoconference. An exchange of emails does not suffice.

2. **On or before November 14, 2025**, the parties must file either a joint motion requesting the Court to approve a proposed class notice plan *or*, if the parties cannot resolve their disputes, Plaintiff must file a noticed motion requesting the Court approve a proposed class notice plan, specifically identifying which aspects are still in dispute.

3. Additionally, the deadline for Defendant to file a motion to stay the instant action is set for **November 14, 2025**. Any such motion must be filed as a noticed motion in compliance with the undersigned's Civil Case Procedures and the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: October 17, 2025

Hon. Anthony J. Battaglia
United States District Judge