UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,<br><br>                                         Plaintiff,<br><br>v.<br><br>TRANSDEV SERVICES, INC.,<br><br>                                         Defendants. | Case No.:  23-cv-00380-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER AND OTHER PRE-TRIAL PROCEEDINGS**<br><br>[ECF No. 118] |

Before the Court is the parties' Joint Motion to Further Amend Scheduling Order and Other Pre-trial Proceedings. ECF No. 118. The parties request the Court amend the case management schedule because "certain expert discovery [] cannot be accomplished prior to the Court's Order to Show Cause hearing" and the pending Motion to Stay Case. *Id.* at 3. However, the parties should have notified the Court *in advance* of the opening expert reports deadline that an extension was required, rather than the date of the deadline itself. The parties are admonished in the future they must notify the Court before any deadline if circumstances arise which necessitate a date extension. *See* Judge Pettit's Civil

1  Chambers Rule IX(A). Alternatively, the parties propose the remaining scheduling order
2  dates be vacated and reset following a ruling on the Order to Show Cause and Motion to
3  Stay. ECF No. 118 at 5.
4      As requested by the parties and for good cause, the Court **GRANTS** the joint motion
5  and **VACATES** all remaining scheduling order deadlines. The Court **VACATES** the, now
6  past, opening expert reports deadline on December 9, 2025.
7      No later than five days after the Court rules on the Motion to Stay, the parties shall
8  contact the Court, via efile_Pettit@casd.uscourts.gov, with three times and dates the parties
9  are jointly available for a Case Management Conference. The Court will then set a Case
10 Management Conference to issue a new Scheduling Order.
11      **IT IS SO ORDERED.**
12 Dated:  December 12, 2025

HON. MICHELLE M. PETTIT
United States Magistrate Judge