UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHERISHA LOVEJOY, an individual, on behalf of herself and all others similarly situated,

Plaintiff,

v.

TRANSDEV SERVICES, INC., et al.,

Defendants.

Case No.: 23-cv-00380-AJB-MMP

**ORDER VACATING DEADLINES AND SETTING SETTLEMENT DISPOSITION CONFERENCE**

The parties timely filed a joint status report informing the Court of the status of *Reese v. Veolia Transp.*, No. 21STCV29413 (Cal. Super. Ct.) (Doc. No. 145) and a notice of settlement regarding Plaintiff Cherisha Lovejoy's individual claims (Doc. No. 144).[1] In light of the parties' representations, the Court **GRANTS** the parties' joint motion to vacate deadlines, **DISCHARGES** the parties' obligation to file periodic joint status reports (*see*

[1] The parties originally filed a joint status report (Doc. No. 140) and notice of settlement (Doc. No. 141) that were subsequently withdrawn because the filing attorney was not the attorney who signed the documents (*see* Doc No. 143). However, prior to the filings being withdrawn, the Court issued an order vacating deadlines and setting a hearing. (Doc. No. 142.) For accuracy of the record, the Court issues the instant order, which is substantively the same as the previous order.

Doc. Nos. 126; 135; 139), and **SETS** an in-person, counsel-only settlement disposition conference ("SDC") for **October 22, 2026**, at **10:00 AM** in Courtroom 4A before the undersigned. *See* J. Battaglia Civ. Case Proc. § II. If the parties file a joint motion for dismissal of the action prior to the conference, the SDC will be vacated.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Hon. Anthony J. Battaglia
United States District Judge